UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: The Roman Catholic Bishop of Oakland | Case No. 24-cv-01850-RFL <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** <br><br> Re: Case No. 3:24-cv-00709 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *In re: The Roman Catholic Bishop of Oakland Insurance Adversary Proceeding Litigation*.

**IT IS SO ORDERED.**

Dated: May 10, 2024

RITA F. LIN
United States District Judge