UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: THE ROMAN CATHOLIC BISHOP OF OAKLAND INSURANCE ADVERSARY PROCEEDING LITIGATION | Case No. 24-cv-00709-JSC<br><br>**PRETRIAL ORDER NO. 3: ORDER FOLLOWING OCTOBER 2, 2024 FURTHER CASE MANAGEMENT CONFERENCE** |

As discussed at the October 2, 2024 further case management conference, the Court ORDERS as follows:

1. RCBO may file a Fourth Amended Complaint on or before Monday, October 7, 2024 that amends its claims as to CIGA and CNA as set forth in the joint case management conference statement. No other amendment is allowed. At the same time it files its Fourth Amended Complaint, it shall file a red-lined version. All defendants, except CIGA, shall file a response within 14 days of the filing of the Fourth Amended Complaint. CIGA must file its response within 20 days.

2. On or before October 30, 2024, the parties shall file a stipulation that identifies the 2005 settlement, including the documents that make up the settlement. Confidential documents can be filed under seal. The submission shall also identify the insurer defendants that are parties to the settlement agreement. To the extent there is a dispute as to whether an insurer defendant is a party to the 2005 settlement, the submission shall identify the insurer and the dispute.

3. On or before October 30, 2024, the parties shall file a written submission that identifies those cases/claimants insurers contend had expressly made claims/filed lawsuits at the

time of the 2005 settlement.

4. The Court will hold a further case management conference at 11:00 a.m. on November 6, 2024 via Zoom video to discuss next steps, including whether there is a dispute as to the meaning of the settlement agreement and how to resolve that dispute.

**IT IS SO ORDERED.**

Dated: October 2, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge

2