**CLYDE & CO US LLP**
ALEXANDER E. POTENTE (SBN 208240)
JASON J. CHORLEY (SBN 263225)
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
Email: alex.potente@clydeco.us
jason.chorley@clydeco.us

Attorneys for Defendants *Pacific Indemnity Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Employers Insurance Company, and Westchester Fire Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re:

THE ROMAN CATHOLIC BISHOP OF OAKLAND INSURANCE ADVERSARY PROCEEDING LITIGATION

Case No.: 3:24-cv-00709-JSC

Bankruptcy Case No. 23-40523 WJL

Hon. Jacqueline Scott Corley

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE AUGUST 6, 2026, CASE MANAGEMENT CONFERENCE AND HEARING ON INSURERS' MOTIONS TO DISMISS**

The parties shown in the signature blocks below (collectively, the "Parties") respectfully request and stipulate that the Court continue the August 6, 2026 Case Management Conference and hearing on the Defendants' motions to dismiss to Thursday, September 10, 2026 at 11:00 a.m., or as soon as practicable for the Court, for the purpose of allowing the parties to submit supplemental briefing concerning the California Supreme Court's July 27, 2026 decision in *Fox Paine & Company, LLC, et al. v. Twin City Fire Insurance Company, et al.*, Case No. S287404, 2026 WL 2148053, which reversed the California Court of Appeal decision reported at 104 Cal. App. 5th 1034 (2024).

In their briefing on the motions to dismiss, the Defendants relied, in part, on the California Court of Appeal's ruling in *Fox Paine*, now reversed and remanded by the California Supreme Court, and this Court would benefit from briefing regarding the impact of the California Supreme Court's decision on the pending motions.

The Parties therefore stipulate to the following supplemental briefing schedule:

1. The Insurer Defendants will submit one consolidated brief, not to exceed 10 pages, by August 20, 2026, on the sole issue of application of the California Supreme Court's July 27, 2026, decision in *Fox Paine & Company, LLC, et al. v. Twin City Fire Insurance Company, et al.*, Case No. S287404.

2. RCBO will submit one responsive brief, not to exceed 10 pages, by September 3, 2026, on the sole issue of application of the California Supreme Court's July 27, 2026, decision in *Fox Paine & Company, LLC, et al. v. Twin City Fire Insurance Company, et al.*, Case No. S287404.

3. The continued hearing on the Defendants' motions to dismiss and the Case Management Conference will be continued to September 10, 2026, at 11:00 a.m.

**IT IS SO STIPULATED.**

DATED: August 4, 2026

**FOLEY & LARDNER LLP**

By: *_____/s/ Eileen R. Ridley_________*

Eileen R. Ridley (CA Bar No. 151735)
Ann Marie Uetz (admitted *pro hac vice*)
Matthew D. Lee (admitted *pro hac vice*)
Thomas F. Carlucci (CA Bar No. 135767)
Jeffrey R. Blease (CA Bar. No. 134933)

**COVINGTON & BURLING LLP**

David B. Goodwin (CA Bar No. 104469)
Christine S. Haskett (CA Bar No. 188053)
Sean M. Bender (admitted *pro hac vice*)
Harper A. Johnson (CA Bar No. 364768)
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dgoodwin@cov.com
chaskett@cov.com
sbender@cov.com
hajohnson@cov.com

*Attorneys for Plaintiff The Roman Catholic Bishop of Oakland*

**PLEVIN & TURNER LLP**

By: *____/s/ Mark D. Plevin__________*

Mark D. Plevin (State Bar No. 146278)
Plevin & Turner LLP
580 California Street, Suite 1200
San Francisco, California 94104
Tel: 202-580-6640
mplevin@plevinturner.com

Miranda H. Turner (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
Plevin & Turner LLP
1701 Pennsylvania Ave., N.W., Suite 200
Washington, DC 20006
Tel: 202-580-6640
mturner@plevinturner.com
jhess@plevinturner.com

*Attorneys for Defendant Continental Casualty*

*Company*

**BLACK, COMPEAN & HALL, L.L.P.**

By: */s/ Frederick Hall*
Frederick Hall (State Bar No. 130465)
275 E. Hillcrest Dr., Suite 160
Thousand Oaks, CA 91360
Tel: 818-883-9500
fhall@blackcompeanhall.com

*Attorneys for Defendant California Insurance Guarantee Association*

**CLYDE & CO US LLP**

By: /s/ *Catalina J. Sugayan*
Catalina J. Sugayan
Clinton E. Cameron (*pro hac vice*)
Yongli Yang (*pro hac vice*)
30 S Wacker Drive, Suite 2600
Chicago, IL 60606
Tel: (312) 635-7000
Catalina.Sugayan@clydeco.us
Clinton.Cameron@clydeco.us
Yongli.Yang@clydeco.us

**SKARZYNSKI MARICK & BLACK LLP**

Jeff D. Kahane
Russell W. Roten
Nathan Reinhardt
Timothy W. Evanston
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: 213-721-0650
jkahane@skarzynski.com
rroten@skarzynski.com
nreinhardt@skarzynski.com
tevanston@skarzynski.com

Ashley Storey (*pro hac vice*)
One Battery Park Plaza, Fl. 32
New York, NY 10004
Tel: 212-820-7700
astorey@skarzynski.com

*Attorneys for London Market Insurers*

**KENNEDYS CMK LLP**

By: */s/ Travis Wall*
Travis Wall
Jillian G. Dennehy (*pro hac vice*)
455 Market Street, Suite 1900
San Francisco, California 94105
Tel: 415-323-4460 (telephone)
travis.wall@kennedyslaw.com
Jillian.dennehy@kennedyslaw.com

**IFRAH LAW**

George R. Calhoun (*pro hac vice*)
1717 Pennsylvania Avenue, N.W., Suite 650
Washington, D.C. 20006
Tel: 202-524-4147 (telephone)
george@ifrahlaw.com

*Attorneys for Defendant United States Fire Insurance Company*

**SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**

By: /s/ *Blaise S. Curet*
Blaise S. Curet
Melissa A. Dubbs
2001 Addison Street, Suite 110
Berkeley, CA 94704
Tel: 415-352-6200
bcuret@spcclaw.com
mdubbs@spcclaw.com

**RUGGERI PARKS WEINBERG LLP**

James P. Ruggeri (*pro hac vice* forthcoming)
Joshua D. Weinberg (*pro hac vice* forthcoming)
Michael S. Batson (*pro hac vice* forthcoming)
1875 K Street NW, Suite 800
Washington, DC 20006
Tel: (202) 984-1400
jruggeri@ruggerilaw.com
jweinberg@ruggerilaw.com
mbatson@ruggerilaw.com

**LAW OFFICE OF ROBIN CRAIG**

Robin D. Craig
6114 La Salle No. 517
Oakland, CA 94611
(510) 549-3310 (telephone)
rdc@rcraiglaw.com

*Attorneys for Defendant Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation*

**CLYDE & CO US LLP**

By: /s *Jason J. Chorley*
Alexander E. Potente (S.B. #208240)
Jason J. Chorley (S.B. #263225)
150 California Street, 15th Floor
San Francisco, CA 94111
Tel: 415-365-9800
alex.potente@clydeco.us
jason.chorley@clydeco.us

**O'MELVENY & MYERS LLP**

Alexandra Wolter (S.B. #317951)
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Tel: 213-430-6000
awolter@omm.com

Tancred V. Schiavoni (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, NY 10019
Tel: 212-326-2000
tschiavoni@omm.com

*Attorneys for Defendants Insurance Company of North America, Westchester Fire Insurance Company, Pacific Indemnity Company, and Pacific Employers Insurance Company*

**DENTONS US LLP**

By: /s/ *Andrew D. Telles Wyatt*
4675 MacArthur Court, Suite 1250
Newport Beach, CA 92660

Tel: 949-732-3700
andrew.wyatt@dentons.com

Lauren Macksoud (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Tel: 212-768-6800
lauren.macksoud@dentons.com

*Attorneys for Travelers Casualty and Surety Company f/k/a Aetna Casualty & Surety Company*

**ORDER**

The Court, having considered the Parties' Stipulation to continue the August 6, 2026, Case Management Conference and hearing on the Defendants' motions to dismiss, and finding good cause therefor, hereby **GRANTS** the Stipulation.

**IT IS HEREBY ORDERED** that:

1. The Insurer Defendants will submit one consolidated brief, not to exceed 10 pages, by August 20, 2026, on the sole issue of application of the California Supreme Court's July 27, 2026, decision in *Fox Paine & Company, LLC, et al. v. Twin City Fire Insurance Company, et al.,* Case No. S287404.

2. RCBO will submit one responsive brief, not to exceed 10 pages, by September 3, 2026, on the sole issue of application of the California Supreme Court's July 27, 2026, decision in *Fox Paine & Company, LLC, et al. v. Twin City Fire Insurance Company, et al.,* Case No. S287404.

3. The continued hearing on the Defendants' motions to dismiss and the Case Management Conference will be continued to September 10, 2026, at 11:00 a.m.

**IT IS SO ORDERED.**

DATED: August 5, 2026

Jacqueline Scott Corley

Hon. Jacqueline Scott Corley
United States District Judge