Natalie M. Limber (SBN 304252)
natalie.limber@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: 213 623 9300

Andrew D. Telles Wyatt (SBN 316740)
DENTONS US LLP
4675 MacArthur Court, Suite 1250
Newport Beach, California 92660
Telephone: (949) 732-3700
Email: andrew.wyatt@dentons.com

Lauren Macksoud (admitted *pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Email: lauren.macksoud@dentons.com

Keith Moskowitz (admitted *pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Email: keith.moskowitz@dentons.com

*Attorneys for Travelers Casualty & Surety Company f/k/a Aetna Casualty & Surety Company*

*Additional parties and counsel listed on signature pages*



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re:

THE ROMAN CATHOLIC BISHOP OF OAKLAND INSURANCE ADVERSARY PROCEEDING LITIGATION.

Case Nos. 3:24-cv-00709-JSC
3:24-cv-00711-JSC

**JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANT INSURERS TO ANSWER THE SIXTH AMENDED COMPLAINT; REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE BY TWO WEEKS; ~~[PROPOSED]~~ ORDER**

Judge: Hon. Jacqueline Scott Corley

Counsel for all Parties, identified in the signature blocks below, have met and conferred and stipulate, for good cause, as follows:

1. On September 10, 2026, the Parties presented oral argument to this Court on the Insurer Defendants' Motions to Dismiss The Roman Catholic Bishop of Oakland's Sixth Amended Complaint. At the hearing, the Court ordered the Parties to meet and confer on coverage disputes implicated in the underlying lawsuit *John Doe OK 1022 v. The Roman Catholic Bishop of Oakland*, Alameda County Case No. HG19048685 ("*Woodall* Action"), and other disputes ripe for decision.

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

2. On September 17, 2026, the Court issued its Order Denying in Part and Granting in Part the Motions to Dismiss. [Dkt. No. 329]. In that Order, the Court set a further case management conference for October 7, 2026, to set a schedule for resolving the coverage disputes implicated in the *Woodall* Action, including RCBO's claim for insurer bad faith as it applies to the *Woodall* Action, and other disputes ripe for decision as agreed by the Parties through their meet and confer efforts. *Id.* at 4:12-14.

3. On September 22, 2026, the Parties held a meet and confer videoconference to discuss ripe coverage disputes, scheduling, and anticipated discovery and motion practice.

4. On September 23, 2026, Judge Lafferty announced during a hearing in the bankruptcy case that the Bankruptcy Court plans to issue its decision on whether to confirm the Debtor's Modified Fourth Amended Plan of Reorganization Dated March 27, 2026 [Bankruptcy Dkt. No. 2758] on or about October 2, 2026.

5. Additionally, the certain Insurers engaged in settlement efforts regarding the *Woodall* Action have agreed to an insurer-only mediation session set for October 14, 2026. RCBO has requested to attend this mediation.

6. The outcomes of these fast-approaching events may significantly impact this Action and the coverage disputes ripe for decision. To promote efficiency in this Action, and for good cause, the Parties stipulate to a two-week extension for the Insurer Defendants to file their responsive pleadings to the Sixth Amended Complaint and respectfully request that the Court continue the case management conference by two weeks and approve the following preliminary schedule:

| Matter | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline to File Responsive Pleading to Sixth Amended Complaint | October 1, 2026 | **October 15, 2026** |
| Deadline to File Case Management Statement | September 30, 2026 | **October 15, 2026** |
| Case Management Conference | October 7, 2026 | **October 21, 2026** |

**IT IS SO STIPULATED.**

Dated: September 29, 2026

DENTONS US LLP

*/s/ Andrew Telles Wyatt*
Andrew Telles Wyatt
Natalie Limber
Lauren Macksoud
Keith Moskowitz

Attorneys for Defendant Travelers Casualty & Surety Company f/k/a Aetna Causalty & Surety Company

Dated: September 29, 2026

*/s/ Mark Plevin*
Mark D. Plevin (State Bar No. 146278)
PLEVIN & TURNER LLP
580 California Street, 12th Floor
San Francisco, California 94104
(202) 580-6640
mplevin@plevinturner.com

Miranda H. Turner (admitted pro hac vice)
Jordan A. Hess (admitted pro hac vice)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006
(202) 580-6640
mturner@plevinturner.com; jhess@plevinturner.com

Attorneys for Defendant
Continental Casualty Company

Dated: September 29, 2026

*/s/ Blaise S. Curet*
Blaise S. Curet
SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
2001 Addison Street
Suite 110
Berkeley, California 94704
(415) 352-6200
BCuret@spcclaw.com

Joshua D. Weinberg (admitted pro hac vice)
Joshua P. Mayer (admitted pro hac vice)
Anna Belle Reilly (admitted pro hac vice)
RUGGERI PARKS WEINBERG, LLP
1875 K Street, NW, Suite 800

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

Washington, DC 20006
Tel: (202) 469-7750
Fax: (202) 984-1401
jweinberg@ruggerilaw.com
jmayer@ruggerilaw.com
areilly@ruggerilaw.com

Counsel for Westport Insurance Corporation f/k/a Employers Reinsurance Corporation

Date: September 29, 2026

*/s/ Travis Wall*

Travis Wall (SBN 191662)
Jillian G. Dennehy (pro hac vice)
Kennedys CMK LLP
455 Market Street
Suite 1900
San Francisco, California 94105
Tel: (415) 323-4460
Email: travis.wall@kennedyslaw.com
Jillian.dennehy@kennedyslaw.com

George R. Calhoun (pro hac vice forthcoming)
Plevin & Turner LLP
1701 Pennsylvania Avenue, N.W. Suite 200
Washington, D.C. 20006
Tel: (202) 580-6640
Email: gcalhoun@plevinturner.com

Attorneys for Defendant United States Fire Insurance Company

Date: September 29, 2026

*/s/ Catalina Sugayan*

Catalina J. Sugayan
Clinton E. Cameron (pro hac vice)
Yongli Yang (pro hac vice)
Clyde & Co US LLP
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 635-7000 (telephone)
catalina.sugayan@clydeco.us
clinton.cameron@clydeco.us
yongli.yang@clydeco.us

Russell W. Roten
Jeff D. Kahane
Nathan Reinhardt

Timothy W. Evanston
Skarzynski Marick & Black LLP
333 S. Grand Avenue, Suite 3550
Los Angeles, California 90071
(213) 721-0650 (telephone)
rrotten@skarzynski.com
jkahane@skarzynski.com
nreinhardt@skarzynski.com
tevanston@skarzynski.com

Attorneys for London Market Insurers

Dated: September 29, 2026

*/s/ Alison Lippa*

Alison V. Lippa (SBN: 160807)
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
101 Montgomery Street, Suite 2300
Telephone: 415-745-3770
Email: alipa@nicolaidesllp.com

Amy P. Klie (admitted pro hac vice)
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
10 S. Wacker Dr., Suite 2100
Chicago, Illinois 60606
Telephone: 312-585-1400
Email: aklie@nicolaidesllp.com

Attorneys for Defendant American Home Assurance Co.

Dated: September 29, 2026

*/s/ Frederick Hall*

Frederick Hall (State Bar No. 130465)
BLACK, COMPEAN & HALL, L.L.P.
275 E. Hillcrest Dr., Suite 160
Thousand Oaks, CA 91360
Tel: 818-883-9500
fhall@blackcompeanhall.com

Attorneys for Defendant California Insurance Guarantee Association

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

Dated: September 29, 2026

CLYDE & CO US LLP

*/s/ Alex Potente*
Alexander E. Potente (S.B. #208240)
Jason J. Chorley (S.B. #263225)
150 California Street, 15th Floor
San Francisco, CA 94111
Tel: 415-365-9800
alex.potente@clydeco.us
jason.chorley@clydeco.us

O'MELVENY & MYERS LLP
Alexandra Wolter (S.B. #317951)
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Tel: 213-430-6000
awolter@omm.com

Tancred V. Schiavoni (admitted pro hac vice)
1301 Avenue of the Americas
New York, NY 10019
Tel: 212-326-2000
tschiavoni@omm.com

Attorneys for Defendants Pacific Indemnity Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Employers Insurance Company, and Westchester Fire Insurance Company

Dated: September 29, 2026

*/s/ Eileen R. Ridley*
FOLEY & LARDNER LLP
Eileen R. Ridley (CA Bar No. 151735)
Ann Marie Uetz (admitted pro hac vice)
Matthew D. Lee (admitted pro hac vice)
Thomas F. Carlucci (CA Bar No. 135767)
Jeffrey R. Blease (CA Bar. No. 134933)

*/s/ Christine S. Haskett*
COVINGTON & BURLING LLP
David B. Goodwin (CA Bar No. 104469)
Christine S. Haskett (CA Bar No. 188053)
Sean M. Bender (admitted pro hac vice)
Harper A. Johnson (CA Bar No. 364768)

Attorneys for Plaintiff The Roman Catholic Bishop of Oakland

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
(415) 882-5000

**~~[PROPOSED]~~ ORDER**

The Court, having considered the Parties' Request to Continue Case Management Conference by Two Weeks, and finding good cause therefor, hereby **GRANTS** the Request.

**IT IS HEREBY ORDERED** that:

1. The Insurer Defendants' deadline to file responsive pleadings to Plaintiff The Roman Catholic Bishop of Oakland's Sixth Amended Complaint is extended to October 15, 2026.

2. The Parties' deadline to file a joint case management statement is hereby continued to October 15, 2026.

3. The Case Management Conference, currently scheduled for October 7, 2026, at 11:00 a.m., will be continued to October 21, 2026, at 11:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 30, 2026

Jacqueline Scott Corley

Hon. Jacqueline Scott Corley
United States District Judge