ALISON V. LIPPA (SBN: 160807)
alippa@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
101 Montgomery Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 745-3770
Facsimile: (415) 745-3771

AMY P. KLIE (*Admitted Pro Hac Vice*)
aklie@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
10 S. Wacker Dr., Suite 2100
Chicago, Illinois 60606
Telephone: (312) 585-1400

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND INSURANCE ADVERSARY PROCEEDING LITIGATION | Case Nos. 3:24-cv-00709-JSC<br>3:24-cv-00711-JSC<br>3:24-cv-01848-JSC<br><br>Bankruptcy Case No. 23-40523-WJL<br><br>**AMERICAN HOME ASSURANCE COMPANY'S ANSWER TO THE SIXTH AMENDED COMPLAINT FOR DECLARATORY JUDGMENT RELIEF, BREACH OF STATUTORY DUTY, AND BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**<br><br>Judge: Hon. Jacqueline Scott Corley<br><br>Complaint filed: August 30, 2023<br>Trial Date: Not set |

COMES NOW Defendant American Home Assurance Company ("American Home" or "Defendant"), who for itself and no other party provides its Answer to the Sixth Amended Complaint by The Roman Catholic Bishop of Oakland ("RCBO") as follows:

**JURISDICTION AND VENUE**

1. Paragraph 1 asserts a legal conclusion to which no response is required. To the extent a response is required, American Home admits the allegations of Paragraph 1.

2. Paragraph 2 asserts a legal conclusion to which no response is required. To the extent a response is required, American Home admits that because the United States District Court for the Northern District of California presently has jurisdiction over this matter, venue in that Court is proper pursuant to sections 1408 and 1409 of Title 28.

**NATURE OF THE ACTION**

3. Paragraph 3 asserts a legal conclusion to which no response is required. To the extent a response is required, American Home admits that on September 17, 2026, the Court issued an Order denying in part and granting in part the insurers' motions to dismiss the Sixth Amended Complaint ("Order"). ECF No. 329. American Home further admits that the Order held in relevant part: "[T]he 28th cause of action is dismissed against all insurers for all claimants, except for the insurers involved with the Woodall matter." *Id.* at 4:3-4. American Home lacks knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 3 and, therefore, denies same.

**THE PARTIES**

4. American Home admits the allegations in Paragraph 4.

5. The allegations in Paragraph 5 are not directed to American Home. To the extent Paragraph 5 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

6. The allegations in Paragraph 6 are not directed to American Home. To the extent Paragraph 6 characterizes insurance policies, pleadings, or other documents, those documents

speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

7. The allegations in Paragraph 7 are not directed to American Home. To the extent Paragraph 7 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

8. The allegations in Paragraph 8 are not directed to American Home. To the extent Paragraph 8 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them. Paragraph 7 and its subparts assert legal conclusions to which no response is required.

9. The allegations in Paragraph 9 are not directed to American Home. To the extent Paragraph 9 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

10. The allegations in Paragraph 10 are not directed to American Home. To the extent Paragraph 10 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

11. The allegations in Paragraph 11 are not directed to American Home. To the extent Paragraph 11 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

12. The allegations in Paragraph 12 are not directed to American Home. To the extent Paragraph 12 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

/ / /

13. The allegations in Paragraph 13 are not directed to American Home. To the extent Paragraph 13 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

14. The allegations in Paragraph 14 are not directed to American Home. To the extent Paragraph 14 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

15. The allegations in Paragraph 15 are not directed to American Home. To the extent Paragraph 15 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

16. The allegations in Paragraph 16 are not directed to American Home. To the extent Paragraph 16 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

17. The allegations in Paragraph 17 are not directed to American Home. To the extent Paragraph 17 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

18. The allegations in Paragraph 18 are not directed to American Home. To the extent Paragraph 18 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

19. The allegations in Paragraph 19 are not directed to American Home. To the extent Paragraph 19 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

20. The allegations in Paragraph 20 are not directed to American Home. To the extent Paragraph 20 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

21. The allegations in Paragraph 21 are not directed to American Home. To the extent Paragraph 21 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

22. The allegations in Paragraph 22 are not directed to American Home. To the extent Paragraph 22 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

23. The allegations in Paragraph 23 are not directed to American Home. To the extent Paragraph 23 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

24. The allegations in Paragraph 24 are not directed to American Home. To the extent Paragraph 24 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

25. The allegations in Paragraph 25 are not directed to American Home. To the extent Paragraph 25 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

26. The allegations in Paragraph 26 are not directed to American Home. To the extent Paragraph 26 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

27. The allegations in Paragraph 27 are not directed to American Home. To the extent Paragraph 27 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

28. The allegations in Paragraph 28 are not directed to American Home. To the extent Paragraph 28 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

29. The allegations in Paragraph 29 are not directed to American Home. To the extent Paragraph 29 characterizes insurance policies, pleadings, or other documents, those documents speak for themselves. American Home otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

30. American Home admits it is a New York corporation, authorized to do business in this District. American Home further admits that it issued to the Roman Catholic Bishop of Oakland one excess policy, number CE 35-60-94 and effective November 15, 1971 to October 26, 1974 ("American Home Excess Policy"). American Home admits that the American Home Excess Policy referenced in Paragraph 30 is a written document which speaks for itself, must be read and construed in its entirety, and is the best evidence of its contents. American Home denies any characterization of American Home Excess Policy to the extent it is inconsistent with the contents of the American Home Policy itself. To the extent Paragraph 30 asserts legal conclusions regarding alleged claims to which the American Home Excess Policy is responsive, no response is required. To the extent a response is required, American Home denies that Plaintiff's characterization of any claim as an "AHAC Covered Claim" in any way establishes that such claim is covered by, triggers, or otherwise implicates for the claim under the American Home Policy. American Home further denies that allegations of continuous or progressive injury establish that injury occurred during the American Home Policy period or otherwise trigger coverage, and denies the remaining allegations in Paragraph 30.

/ / /

## FACTUAL BACKGROUND COMMON TO ALL DEFENDANTS

31. Paragraph 31 asserts legal conclusions to which no response is required. To the extent a response is required, American Home admits that on December 19, 2023, Plaintiff filed the First Amended Complaint for Breach of Contract and Declaratory Judgment Relief against American Home. [Docket No. 13, *Roman Catholic Bishop of Oakland v. American Home Assurance Company et al.*, United States Bankruptcy Court, Northern District of California, Case No. 23-40523 WJL ("American Home Adversary Case".] American Home further admits that on September 12, 2024, Plaintiff filed the Second Amended Complaint for Declaratory Judgment Relief against American Home before this Court. [Docket No. 111]. American Home further admits that on March 24, 2026, Plaintiff filed the Third Amended Complaint for Declaratory Judgment Relief against American Home before this Court. [Docket No. 239]. The First, Second, and Third Amended Complaints referenced in Paragraph 31 are written documents which speak for themselves and are the best evidence of their contents. American Home denies any characterizations of the First, Second, and Third Amended Complaints to the extent they are inconsistent with the contents of the documents themselves. American Home denies the remaining allegations in Paragraph 31.

32. American Home admits that Plaintiff filed a Fifth Amended Complaint in the captioned matter on October 7, 2024. [Docket No. 125]. The Fifth Amended Complaint referenced in Paragraph 32 is a written document which speaks for itself and is the best evidence of its contents. American Home denies any characterizations of the Fifth Amended Complaint to the extent it is inconsistent with the contents of the documents itself. American Home denies the remaining allegations in Paragraph 32.

33. American Home admits that Paragraph 33 purports to characterize certain claims as alleging continuous or progressive injury. To the extent Paragraph 33 asserts legal conclusions concerning the existence, scope, or trigger of coverage under any insurance policy, no response is required. To the extent a response is deemed required, American Home denies those allegations. American Home otherwise denies the remaining allegations in Paragraph 33.

/ / /

34. Paragraph 34 asserts a legal conclusion to which no response is required. To the extent this paragraph can be construed to assert allegations which require a response, American Home admits that the Sixth Amended Complaint is a written document which must be read and construed in its entirety, and is the best evidence of its contents. American Home denies any characterization in Paragraph 34 to the extent it is inconsistent with the contents of the Sixth Amended Complaint itself. American Home lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 34 and, therefore, denies same.

35. American Home admits only that the pleadings, proofs of claim, and legislation referenced in Paragraph 35 are written documents which speak for themselves, must be read and construed in their entirety, and are the best evidence of their contents. American Home denies any characterization of the pleadings referenced in Paragraph 35 to the extent they are inconsistent with the contents of the documents themselves. American Home lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 35 and, therefore, denies same.

36. American Home admits only that the pleadings referenced in Paragraph 36 are written documents which speaks for themselves, must be read and construed in their entirety, and are the best evidence of their contents. American Home denies any characterization of the pleadings referenced in Paragraph 36 to the extent they are inconsistent with the contents of the documents themselves. American Home lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 36 and, therefore, denies same.

37. Paragraph 37 asserts legal conclusions to which no response is required. To the extent a response is required, American Home denies the allegations in Paragraph 37.

38. American Home admits only that the insurance policies referenced in Paragraph 38 are written documents which speak for themselves, must be read and construed in their entirety, and are the best evidence of their contents. American Home denies any characterization of the insurance policies referenced in Paragraph 38 to the extent they are inconsistent with the contents of the documents themselves. American Home lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in Paragraph 38 and, therefore, denies same.

39. American Home lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and, therefore, denies same.

**FIRST CAUSE OF ACTION**

**(Declaratory Relief Against Pacific Indemnity - Primary)**

40. American Home repeats its response to each and every allegation contained in paragraphs 1 through 39 of the Sixth Amended Complaint as if fully set forth herein.

41. Paragraph 41 asserts a legal conclusion to which no response is required.

42. Paragraph 42 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 42 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 42 and, therefore, denies same.

43. Paragraph 43 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 43 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 43 and, therefore, denies same.

44. Paragraph 44 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 44 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 44 and, therefore, denies same.

45. Paragraph 45 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 45 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge

or information sufficient to admit or deny the allegations in Paragraph 45 and, therefore, denies same.

46. The allegations in Paragraph 46 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 46 and, therefore, denies same.

47. The allegations in Paragraph 47 and all subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 47 and the subparts and, therefore, denies same.

48. The allegations in Paragraph 48 and all subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 48 and the subparts and, therefore, denies same.

49. Paragraph 49 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 49 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 49 and, therefore, denies same.

50. Paragraph 50 and all subparts assert legal conclusions to which no response is required. Additionally, the allegations in Paragraph 50 and all subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 50 and the subparts and, therefore, denies same.

51. Paragraph 51 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 51 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge

or information sufficient to admit or deny the allegations in Paragraph 51 and, therefore, denies same.

52. Paragraph 52 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 52 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 52 and, therefore, denies same.

53. Paragraph 53 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 53 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 53 and, therefore, denies same.

54. Paragraph 54 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 54 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 54 and, therefore, denies same.

55. Paragraph 55 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 55 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 55 and, therefore, denies same.

56. The allegations in Paragraph 56 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 56 and, therefore, denies same.

57. Paragraph 57 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 57 are not directed against American Home and, thus,

no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 57 and, therefore, denies same.

58. Paragraph 58 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 58 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 58 and, therefore, denies same.

59. Paragraph 59 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 59 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 59 and, therefore, denies same.

60. Paragraph 60 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 60 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 60 and, therefore, denies same.

61. Paragraph 61 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 61 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 61 and, therefore, denies same.

## SECOND CAUSE OF ACTION

**(Declaratory Relief Against Travelers - Primary)**

62. American Home repeats its response to each and every allegation contained in paragraphs 1 through 61 of the Sixth Amended Complaint as if fully set forth herein.

63. Paragraph 63 asserts a legal conclusion to which no response is required.

64. Paragraph 64 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 64 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 64 and, therefore, denies same.

65. Paragraph 65 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 65 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 65 and, therefore, denies same.

66. Paragraph 66 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 66 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 66 and, therefore, denies same.

67. Paragraph 67 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 67 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 67 and, therefore, denies same.

68. Paragraph 68 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 68 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 68 and, therefore, denies same.

69. The allegations in Paragraph 69 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required,

American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 69 and its subparts and, therefore, denies same.

70. The allegations in Paragraph 70 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 70 and, therefore, denies same.

71. Paragraph 71 and its subparts assert legal conclusions to which no response is required. Additionally, the allegations in Paragraph 71 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 71 and its subparts and, therefore, denies same.

72. Paragraph 72 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 72 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 72 and, therefore, denies same.

73. Paragraph 73 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 73 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 73 and, therefore, denies same.

74. The allegations in Paragraph 74 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 74 and, therefore, denies same.

75. Paragraph 75 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 75 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge

or information sufficient to admit or deny the allegations in Paragraph 75 and, therefore, denies same.

76. Paragraph 76 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 76 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 76 and, therefore, denies same.

77. Paragraph 77 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 77 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 77 and, therefore, denies same.

78. Paragraph 78 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 78 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 78 and, therefore, denies same.

79. Paragraph 79 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 79 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 79 and, therefore, denies same.

80. Paragraph 80 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 80 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 80 and, therefore, denies same.

/ / /

81. Paragraph 81 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 81 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 81 and, therefore, denies same.

**THIRD CAUSE OF ACTION**

(Declaratory Relief Against INA - Primary)

82. American Home repeats its response to each and every allegation contained in paragraphs 1 through 81 of the Sixth Amended Complaint as if fully set forth herein.

83. Paragraph 83 asserts a legal conclusion to which no response is required.

84. Paragraph 84 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 84 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 84 and, therefore, denies same.

85. Paragraph 85 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 85 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 85 and, therefore, denies same.

86. Paragraph 86 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 86 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 86 and, therefore, denies same.

87. Paragraph 87 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 87 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge

or information sufficient to admit or deny the allegations in Paragraph 87 and, therefore, denies same.

88. Paragraph 88 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 88 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 88 and, therefore, denies same.

89. The allegations in Paragraph 89 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 89 and its subparts and, therefore, denies same.

90. The allegations in Paragraph 90 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 90 and its subparts and, therefore, denies same.

91. Paragraph 91 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 91 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 91 and its subparts and, therefore, denies same.

92. Paragraph 92 and its subparts assert legal conclusions to which no response is required. Additionally, the allegations in Paragraph 92 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 92 and its subparts and, therefore, denies same.

93. Paragraph 93 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 93 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge

or information sufficient to admit or deny the allegations in Paragraph 93 and, therefore, denies same.

94. Paragraph 94 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 94 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 94 and its subparts and, therefore, denies same.

95. The allegations in Paragraph 95 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 95 and, therefore, denies same.

96. Paragraph 96 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 96 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 96 and, therefore, denies same.

97. Paragraph 97 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 97 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 97 and, therefore, denies same.

98. Paragraph 98 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 98 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 98 and, therefore, denies same.

99. Paragraph 99 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 99 are not directed against American Home and, thus,

no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 99 and, therefore, denies same.

100. Paragraph 100 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 100 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 100 and, therefore, denies same.

101. Paragraph 101 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 101 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 101 and, therefore, denies same.

102. Paragraph 102 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 102 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 102 and, therefore, denies same.

**FOURTH CAUSE OF ACTION**

**(Declaratory Relief Against CIGA)**

103. American Home repeats its response to each and every allegation contained in paragraphs 1 through 102 of the Sixth Amended Complaint as if fully set forth herein.

104. Paragraph 104 asserts a legal conclusion to which no response is required.

105. Paragraph 105 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 105 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 105 and, therefore, denies same.

106. Paragraph 106 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 106 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 106 and, therefore, denies same.

107. Paragraph 107 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 107 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 107 and, therefore, denies same.

108. Paragraph 108 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 108 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 108 and, therefore, denies same.

109. Paragraph 109 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 109 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 109 and, therefore, denies same.

110. Paragraph 110 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 110 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 110 and its subparts and, therefore, denies same.

111. Paragraph 111 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 111 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 111 and, therefore, denies same.

112. Paragraph 112 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 112 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 112 and, therefore, denies same.

113. The allegations in Paragraph 113 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 113 and, therefore, denies same.

114. Paragraph 114 and its subparts assert legal conclusions to which no response is required. Additionally, the allegations in Paragraph 114 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 114 and its subparts and, therefore, denies same.

115. Paragraph 115 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 115 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 115 and, therefore, denies same.

116. Paragraph 116 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 116 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 116 and, therefore, denies same.

117. Paragraph 117 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 117 are not directed against American Home and,

thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 117 and, therefore, denies same.

**FIFTH CAUSE OF ACTION**

**(Declaratory Relief Against INA - Excess)**

118. American Home repeats its response to each and every allegation contained in paragraphs 1 through 117 of the Sixth Amended Complaint as if fully set forth herein.

119. Paragraph 119 asserts a legal conclusion to which no response is required.

120. Paragraph 120 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 120 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 120 and, therefore, denies same.

121. Paragraph 121 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 121 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 121 and, therefore, denies same.

122. Paragraph 122 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 122 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 122 and, therefore, denies same.

123. Paragraph 123 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 123 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 123 and, therefore, denies same.

124. Paragraph 124 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 124 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 124 and, therefore, denies same.

125. Paragraph 125 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 125 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 125 and, therefore, denies same.

126. The allegations in Paragraph 126 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 126 and its subparts and, therefore, denies same.

127. The allegations in Paragraph 127 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 127 and its subparts and, therefore, denies same.

128. Paragraph 128 and its subparts assert  legal conclusions to which no response is required. Additionally, the allegations in Paragraph 128 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 128 and its subparts and, therefore, denies same.

129. Paragraph 129 assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 129 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 129 and, therefore, denies same.

130. Paragraph 130 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 130 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 130 and, therefore, denies same.

131. Paragraph 131 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 131 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 131 and, therefore, denies same.

132. Paragraph 132 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 132 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 132 and, therefore, denies same.

133. Paragraph 133 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 133 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 133 and, therefore, denies same.

134. The allegations in Paragraph 134 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 134 and, therefore, denies same.

135. Paragraph 135 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 135 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 135 and, therefore, denies same.

136. Paragraph 136 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 136 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 136 and, therefore, denies same.

137. Paragraph 137 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 137 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 137 and, therefore, denies same.

138. Paragraph 138 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 138 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 138 and, therefore, denies same.

139. Paragraph 139 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 139 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 139 and, therefore, denies same.

140. Paragraph 140 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 140 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 140 and, therefore, denies same.

/ / /

**SIXTH CAUSE OF ACTION**

**(Declaratory Relief Against U.S. Fire - Excess)**

141. American Home repeats its response to each and every allegation contained in paragraphs 1 through 140 of the Sixth Amended Complaint as if fully set forth herein.

142. Paragraph 142 asserts a legal conclusion to which no response is required.

143. Paragraph 143 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 143 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 143 and, therefore, denies same.

144. Paragraph 144 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 144 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 144 and, therefore, denies same.

145. Paragraph 145 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 145 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 145 and, therefore, denies same.

146. Paragraph 146 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 146 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 146 and, therefore, denies same.

147. Paragraph 147 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 147 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 147 and, therefore, denies same.

148. Paragraph 148 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 148 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 148 and, therefore, denies same.

149. Paragraph 149 and its subparts assert legal conclusions to which no response is required. Additionally, the allegations in Paragraph 149 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 149 and its subparts and, therefore, denies same.

150. Paragraph 150 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 150 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 150 and, therefore, denies same.

151. Paragraph 151 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 151 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 151 and, therefore, denies same.

152. Paragraph 152 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 152 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 152 and, therefore, denies same.

/ / /

153. Paragraph 153 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 153 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 153 and, therefore, denies same.

154. Paragraph 154 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 154 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 154 and, therefore, denies same.

155. Paragraph 155 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 155 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 155 and, therefore, denies same.

156. The allegations in Paragraph 156 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 156 and, therefore, denies same.

157. Paragraph 157 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 157 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 157 and, therefore, denies same.

158. Paragraph 158 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 158 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 158 and, therefore, denies same.

159. Paragraph 195 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 159 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 159 and, therefore, denies same.

160. Paragraph 160 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 160 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 160 and, therefore, denies same.

161. Paragraph 161 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 161 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 161 and, therefore, denies same.

162. Paragraph 162 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 162 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 162 and, therefore, denies same.

**SEVENTH CAUSE OF ACTION**

**(Declaratory Relief Against Westport - Excess)**

163. American Home repeats its response to each and every allegation contained in paragraphs 1 through 162 of the Sixth Amended Complaint as if fully set forth herein.

164. Paragraph 164 asserts a legal conclusion to which no response is required.

/ / /

165. Paragraph 165 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 165 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 165 and, therefore, denies same.

166. Paragraph 166 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 166 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 166 and, therefore, denies same.

167. Paragraph 167 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 167 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 167 and, therefore, denies same.

168. Paragraph 168 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 168 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 168 and, therefore, denies same.

169. Paragraph 169 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 169 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 169 and, therefore, denies same.

170. Paragraph 170 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 170 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 170 and, therefore, denies same.

171. The allegations in Paragraph 171 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 171 and its subparts and, therefore, denies same.

172. Paragraph 172 and its subparts assert legal conclusions to which no response is required. Additionally, the allegations in Paragraph 172 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 172 and its subparts and, therefore, denies same.

173. Paragraph 173 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 173 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 173 and, therefore, denies same.

174. Paragraph 174 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 174 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 174 and, therefore, denies same.

175. Paragraph 175 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 175 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 175 and, therefore, denies same.

176. Paragraph 176 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 176 are not directed against American Home and,

thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 176 and, therefore, denies same.

177. Paragraph 177 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 177 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 177 and, therefore, denies same.

178. Paragraph 178 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 178 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 178 and, therefore, denies same.

179. The allegations in Paragraph 179 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 179 and, therefore, denies same.

180. Paragraph 180 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 180 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 180 and, therefore, denies same.

181. Paragraph 181 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 181 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 181 and, therefore, denies same.

/ / /

182. Paragraph 182 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 182 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 182 and, therefore, denies same.

183. Paragraph 183 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 183 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 183 and, therefore, denies same.

184. Paragraph 184 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 184 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 184 and, therefore, denies same.

185. Paragraph 185 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 185 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 185 and, therefore, denies same.

## EIGHTH CAUSE OF ACTION

**(Declaratory Relief Against CNA - Excess)**

186. American Home repeats its response to each and every allegation contained in paragraphs 1 through 185 of the Sixth Amended Complaint as if fully set forth herein.

187. Paragraph 187 asserts a legal conclusion to which no response is required.

188. Paragraph 188 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 188 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 188 and, therefore, denies same.

189. Paragraph 189 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 189 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 189 and, therefore, denies same.

190. Paragraph 190asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 190 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 167 and, therefore, denies same.

191. Paragraph 191 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 191 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 191 and, therefore, denies same.

192. Paragraph 192 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 192 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 192 and, therefore, denies same.

193. Paragraph 193 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 193 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 193 and, therefore, denies same.

/ / /

194. The allegations in Paragraph 194 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 194 and its subparts and, therefore, denies same.

195. The allegations in Paragraph 195 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 195 and its subparts and, therefore, denies same.

196. Paragraph 196 and its subparts assert legal conclusions to which no response is required. Additionally, the allegations in Paragraph 196 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 196 and its subparts and, therefore, denies same.

197. Paragraph 197 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 197 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 197 and, therefore, denies same.

198. Paragraph 198 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 198 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 198 and, therefore, denies same.

199. Paragraph 199 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 199 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 199 and, therefore, denies same.

200. Paragraph 200 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 200 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 200 and, therefore, denies same.

201. Paragraph 201 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 201 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 201 and, therefore, denies same.

202. Paragraph 202 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 202 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 202 and, therefore, denies same.

203. The allegations in Paragraph 203 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 203 and, therefore, denies same.

204. Paragraph 204 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 204 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 204 and, therefore, denies same.

205. Paragraph 205 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 205 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 205 and, therefore, denies same.

206. Paragraph 206 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 206 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 206 and, therefore, denies same.

207. Paragraph 207 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 207 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 207 and, therefore, denies same.

208. Paragraph 208 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 208 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 208 and, therefore, denies same.

209. Paragraph 209 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 209 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 209 and, therefore, denies same.

**NINTH CAUSE OF ACTION**

**(Declaratory Relief Against Westchester - Excess)**

210. American Home repeats its response to each and every allegation contained in paragraphs 1 through 209 of the Sixth Amended Complaint as if fully set forth herein.

211. Paragraph 211 asserts a legal conclusion to which no response is required.

/ / /

212. Paragraph 212 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 212 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 212 and, therefore, denies same.

213. Paragraph 213 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 213 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 213 and, therefore, denies same.

214. Paragraph 214 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 214 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 214 and, therefore, denies same.

215. Paragraph 215 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 215 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 215 and, therefore, denies same.

216. Paragraph 216 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 216 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 216 and, therefore, denies same.

217. Paragraph 217 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 217 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 217 and, therefore, denies same.

218. The allegations in Paragraph 218 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 218 and its subparts and, therefore, denies same.

219. Paragraph 219 and its subparts assert legal conclusions to which no response is required. Additionally, the allegations in Paragraph 219 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 219 and its subparts and, therefore, denies same.

220. Paragraph 220 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 220 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 220 and its subparts and, therefore, denies same.

221. Paragraph 221 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 221 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 221 and, therefore, denies same.

222. Paragraph 222 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 222 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 222 and, therefore, denies same.

223. Paragraph 223 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 223 are not directed against American Home and,

thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 223 and, therefore, denies same.

224. Paragraph 224 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 224 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 224 and, therefore, denies same.

225. Paragraph 225 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 225 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 225 and, therefore, denies same.

226. The allegations in Paragraph 226 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 226 and, therefore, denies same.

227. Paragraph 227 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 227 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 227 and, therefore, denies same.

228. Paragraph 228 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 228 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 228 and, therefore, denies same.

/ / /

229. Paragraph 229 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 229 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 229 and, therefore, denies same.

230. Paragraph 230 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 230 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 230 and, therefore, denies same.

231. Paragraph 231 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 231 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 231 and, therefore, denies same.

232. Paragraph 232 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 232 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 232 and, therefore, denies same.

## TENTH CAUSE OF ACTION

**(Declaratory Relief Against Lloyd's - Excess)**

233. American Home repeats its response to each and every allegation contained in paragraphs 1 through 232 of the Sixth Amended Complaint as if fully set forth herein.

234. Paragraph 234 asserts a legal conclusion to which no response is required.

235. Paragraph 235 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 235 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 235 and, therefore, denies same.

236. Paragraph 236 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 236 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 236 and, therefore, denies same.

237. Paragraph 237 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 237 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 237 and, therefore, denies same.

238. Paragraph 238 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 238 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 238 and, therefore, denies same.

239. Paragraph 239 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 239 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 239 and, therefore, denies same.

240. Paragraph 240 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 240 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 240 and, therefore, denies same.

/ / /

241. The allegations in Paragraph 241 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 241 and its subparts and, therefore, denies same.

242. The allegations in Paragraph 242 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 242 and its subparts and, therefore, denies same.

243. Paragraph 243 and its subparts assert legal conclusions to which no response is required. Additionally, the allegations in Paragraph 243 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 243 and its subparts and, therefore, denies same.

244. Paragraph 244 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 244 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 244 and, therefore, denies same.

245. Paragraph 245 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 245 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 245 and, therefore, denies same.

246. Paragraph 246 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 246 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 246 and, therefore, denies same.

247. Paragraph 247 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 247 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 247 and, therefore, denies same.

248. Paragraph 248 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 248 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 248 and, therefore, denies same.

249. The allegations in Paragraph 249 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 249 and, therefore, denies same.

250. Paragraph 250 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 250 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 250 and, therefore, denies same.

251. Paragraph 251 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 251 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 251 and, therefore, denies same.

252. Paragraph 252 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 252 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 252 and, therefore, denies same.

253. Paragraph 253 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 253 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 253 and, therefore, denies same.

254. Paragraph 254 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 254 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 254 and, therefore, denies same.

255. Paragraph 255 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 255 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 255 and, therefore, denies same.

## ELEVENTH CAUSE OF ACTION

**(Declaratory Relief Against Fidelidade - Excess)**

256. American Home repeats its response to each and every allegation contained in paragraphs 1 through 255 of the Sixth Amended Complaint as if fully set forth herein.

257. Paragraph 257 asserts a legal conclusion to which no response is required.

258. Paragraph 258 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 258 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 258 and, therefore, denies same.

/ / /

259. Paragraph 259 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 259 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 259 and, therefore, denies same.

260. Paragraph 260 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 260 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 260 and, therefore, denies same.

261. Paragraph 261 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 261 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 261 and, therefore, denies same.

262. Paragraph 262 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 262 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 262 and, therefore, denies same.

263. Paragraph 263 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 263 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 263 and, therefore, denies same.

264. The allegations in Paragraph 264 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required,

American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 264 and its subparts and, therefore, denies same.

265. The allegations in Paragraph 265 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 265 and its subparts and, therefore, denies same.

266. Paragraph 266 and its subparts assert legal conclusions to which no response is required. Additionally, the allegations in Paragraph 266 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 266 and its subparts and, therefore, denies same.

267. Paragraph 267 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 267 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 267 and, therefore, denies same.

268. Paragraph 268 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 268 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 268 and, therefore, denies same.

269. Paragraph 269 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 269 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 269 and, therefore, denies same.

270. Paragraph 270 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 270 are not directed against American Home and,

thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 270 and, therefore, denies same.

271. Paragraph 271 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 271 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 271 and, therefore, denies same.

272. Paragraph 272 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 272 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 272 and, therefore, denies same.

273. Paragraph 273 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 273 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 273 and, therefore, denies same.

274. Paragraph 274 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 274 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 274 and, therefore, denies same.

275. Paragraph 275 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 275 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 275 and, therefore, denies same.

276. Paragraph 276 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 276 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 276 and, therefore, denies same.

277. Paragraph 277 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 277 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 277 and, therefore, denies same.

278. Paragraph 278 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 278 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 278 and, therefore, denies same.

## TWELFTH CAUSE OF ACTION

**(Declaratory Relief Against Excess Insurance Co. - Excess)**

279. American Home repeats its response to each and every allegation contained in paragraphs 1 through 278 of the Sixth Amended Complaint as if fully set forth herein.

280. Paragraph 280 asserts a legal conclusion to which no response is required.

281. Paragraph 281 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 281 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 281 and, therefore, denies same.

282. Paragraph 282 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 282 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 282 and, therefore, denies same.

283. Paragraph 283 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 283 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 283 and, therefore, denies same.

284. Paragraph 284 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 284 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 284 and, therefore, denies same.

285. Paragraph 285 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 285 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 285 and, therefore, denies same.

286. Paragraph 286 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 286 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 286 and, therefore, denies same.

287. Paragraph 287 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 287 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 287 and its subparts and, therefore, denies same.

/ / /

288. Paragraph 288 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 288 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 288 and its subparts and, therefore, denies same.

289. Paragraph 289 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 289 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 289 and its subparts and, therefore, denies same.

290. Paragraph 290 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 290 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 290 and, therefore, denies same.

291. Paragraph 291 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 291 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 291 and, therefore, denies same.

292. Paragraph 292 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 292 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 292 and, therefore, denies same.

293. Paragraph 293 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 293 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 293 and, therefore, denies same.

294. Paragraph 294 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 294 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 294 and, therefore, denies same.

295. Paragraph 295 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 295 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 295 and, therefore, denies same.

296. Paragraph 296 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 296 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 296 and, therefore, denies same.

297. Paragraph 297 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 297 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 297 and, therefore, denies same.

298. Paragraph 298 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 298 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 298 and, therefore, denies same.

/ / /

299. Paragraph 299 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 299 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 299 and, therefore, denies same.

300. Paragraph 300 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 300 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 300 and, therefore, denies same.

## THIRTEENTH CAUSE OF ACTION

### (Declaratory Relief Against River Thames - Excess)

301. American Home repeats its response to each and every allegation contained in paragraphs 1 through 300 of the Sixth Amended Complaint as if fully set forth herein.

302. Paragraph 302 asserts a legal conclusion to which no response is required.

303. Paragraph 303 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 303 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 303 and, therefore, denies same.

304. Paragraph 304 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 304 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 304 and, therefore, denies same.

305. Paragraph 305 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 305 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 305 and, therefore, denies same.

306. Paragraph 306 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 306 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 306 and, therefore, denies same.

307. Paragraph 307 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 307 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 307 and, therefore, denies same.

308. Paragraph 308 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 308 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 308 and, therefore, denies same.

309. Paragraph 309 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 309 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 309 and its subparts and, therefore, denies same.

310. Paragraph 310 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 310 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 310 and its subparts and, therefore, denies same.

/ / /

311. Paragraph 311 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 311 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 311 and its subparts and, therefore, denies same.

312. Paragraph 312 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 312 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 312 and its subparts and, therefore, denies same.

313. Paragraph 313 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 313 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 313 and, therefore, denies same.

314. Paragraph 314 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 314 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 314 and, therefore, denies same.

315. Paragraph 315 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 315 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 315 and, therefore, denies same.

316. Paragraph 316 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 316 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 316 and, therefore, denies same.

317. Paragraph 317 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 317 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 317 and, therefore, denies same.

318. Paragraph 318 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 318 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 318 and, therefore, denies same.

319. Paragraph 319 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 319 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 319 and, therefore, denies same.

320. Paragraph 320 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 320 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 320 and, therefore, denies same.

321. Paragraph 321 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 321 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 321 and, therefore, denies same.

/ / /

322. Paragraph 322 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 322 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 322 and, therefore, denies same.

## FOURTEENTH CAUSE OF ACTION

**(Declaratory Relief Against World Auxiliary - Excess)**

323. American Home repeats its response to each and every allegation contained in paragraphs 1 through 322 of the Sixth Amended Complaint as if fully set forth herein.

324. Paragraph 324 asserts a legal conclusion to which no response is required.

325. Paragraph 325 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 325 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 325 and, therefore, denies same.

326. Paragraph 326 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 326 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 326 and, therefore, denies same.

327. Paragraph 327 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 327 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 327 and, therefore, denies same.

328. Paragraph 328 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 328 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 328 and, therefore, denies same.

329. Paragraph 329 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 329 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 329 and, therefore, denies same.

330. Paragraph 330 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 330 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 330 and, therefore, denies same.

331. Paragraph 331 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 331 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 331 and its subparts and, therefore, denies same.

332. Paragraph 332 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 332 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 332 and its subparts and, therefore, denies same.

333. Paragraph 333 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 333 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 333 and its subparts and, therefore, denies same.

/ / /

334. Paragraph 334 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 334 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 334 and its subparts and, therefore, denies same.

335. Paragraph 335 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 335 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 335 and, therefore, denies same.

336. Paragraph 336 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 336 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 336 and, therefore, denies same.

337. Paragraph 337 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 337 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 337 and, therefore, denies same.

338. Paragraph 338 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 338 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 338 and, therefore, denies same.

339. Paragraph 339 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 339 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 339 and, therefore, denies same.

340. Paragraph 340 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 340 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 340 and, therefore, denies same.

341. Paragraph 341 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 341 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 341 and, therefore, denies same.

342. Paragraph 342 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 342 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 342 and, therefore, denies same.

343. Paragraph 343 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 343 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 343 and, therefore, denies same.

344. Paragraph 344 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 344 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 344 and, therefore, denies same.

/ / /

**<u>FIFTEENTH CAUSE OF ACTION</u>**

**(Declaratory Relief Against Dominion - Excess)**

345. American Home repeats its response to each and every allegation contained in paragraphs 1 through 344 of the Sixth Amended Complaint as if fully set forth herein.

346. Paragraph 346 asserts a legal conclusion to which no response is required.

347. Paragraph 347 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 347 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 347 and, therefore, denies same.

348. Paragraph 348 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 348 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 348 and, therefore, denies same.

349. Paragraph 349 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 349 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 349 and, therefore, denies same.

350. Paragraph 350 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 350 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 350 and, therefore, denies same.

351. Paragraph 351 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 351 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 351 and, therefore, denies same.

352. Paragraph 352 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 352 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 352 and, therefore, denies same.

353. Paragraph 353 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 353 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 353 and its subparts and, therefore, denies same.

354. Paragraph 354 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 354 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 354 and its subparts and, therefore, denies same.

355. Paragraph 355 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 355 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 355 and its subparts and, therefore, denies same.

356. Paragraph 356 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 356 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 356 and its subparts and, therefore, denies same.

/ / /

357. Paragraph 357 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 357 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 357 and, therefore, denies same.

358. Paragraph 358 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 358 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 358 and, therefore, denies same.

359. Paragraph 359 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 359 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 359 and, therefore, denies same.

360. Paragraph 360 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 360 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 360 and, therefore, denies same.

361. Paragraph 361 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 361 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 361 and, therefore, denies same.

362. Paragraph 362 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 361 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 362 and, therefore, denies same.

363. Paragraph 363 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 363 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 363 and, therefore, denies same.

364. Paragraph 364 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 364 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 364 and, therefore, denies same.

365. Paragraph 365 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 365 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 365 and, therefore, denies same.

366. Paragraph 366 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 366 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 366 and, therefore, denies same.

## SIXTEENTH CAUSE OF ACTION

**(Declaratory Relief Against English & American - Excess)**

367. American Home repeats its response to each and every allegation contained in paragraphs 1 through 366 of the Sixth Amended Complaint as if fully set forth herein.

368. Paragraph 368 asserts a legal conclusion to which no response is required.

/ / /

369. Paragraph 369 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 369 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 369 and, therefore, denies same.

370. Paragraph 370 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 370 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 370 and, therefore, denies same.

371. Paragraph 371 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 371 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 371 and, therefore, denies same.

372. Paragraph 372 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 372 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 372 and, therefore, denies same.

373. Paragraph 373 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 373 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 373 and, therefore, denies same.

374. Paragraph 374 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 374 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 374 and, therefore, denies same.

375. Paragraph 375 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 375 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 375 and its subparts and, therefore, denies same.

376. Paragraph 376 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 376 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 376 and its subparts and, therefore, denies same.

377. Paragraph 377 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 377 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 377 and its subparts and, therefore, denies same.

378. Paragraph 378 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 378 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 378 and its subparts and, therefore, denies same.

379. Paragraph 379 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 379 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 379 and, therefore, denies same.

/ / /

380. Paragraph 380 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 380 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 380 and, therefore, denies same.

381. Paragraph 381 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 381 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 381 and, therefore, denies same.

382. Paragraph 382 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 382 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 382 and, therefore, denies same.

383. Paragraph 383 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 383 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 383 and, therefore, denies same.

384. Paragraph 384 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 384 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 384 and, therefore, denies same.

385. Paragraph 385 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 385 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 385 and, therefore, denies same.

386. Paragraph 386 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 386 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 386 and, therefore, denies same.

387. Paragraph 387 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 387 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 387 and, therefore, denies same.

388. Paragraph 388 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 388 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 388 and, therefore, denies same.

## SEVENTEENTH CAUSE OF ACTION

### (Declaratory Relief Against Westport - Umbrella)

389. American Home repeats its response to each and every allegation contained in paragraphs 1 through 388 of the Sixth Amended Complaint as if fully set forth herein.

390. Paragraph 390 asserts a legal conclusion to which no response is required.

391. Paragraph 391 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 391 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 391 and, therefore, denies same.

/ / /

392. Paragraph 392 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 392 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 392 and, therefore, denies same.

393. Paragraph 393 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 393 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 393 and, therefore, denies same.

394. Paragraph 394 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 394 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 394 and, therefore, denies same.

395. Paragraph 395 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 395 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 395 and, therefore, denies same.

396. Paragraph 396 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 396 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 396 and, therefore, denies same.

397. Paragraph 397 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 397 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required,

American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 397 and its subparts and, therefore, denies same.

398. Paragraph 398 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 398 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 398 and its subparts and, therefore, denies same.

399. Paragraph 399 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 399 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 399 and its subparts and, therefore, denies same.

400. Paragraph 400 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 400 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 400 and its subparts and, therefore, denies same.

401. Paragraph 401 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 401 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 401 and, therefore, denies same.

402. Paragraph 402 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 402 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 402 and, therefore, denies same.

/ / /

403. Paragraph 403 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 403 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 403 and, therefore, denies same.

404. Paragraph 404 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 404 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 404 and, therefore, denies same.

405. Paragraph 405 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 405 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 405 and, therefore, denies same.

406. Paragraph 406 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 406 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 406 and, therefore, denies same.

407. Paragraph 407 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 407 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 407 and, therefore, denies same.

408. Paragraph 408 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 408 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 408 and, therefore, denies same.

409. Paragraph 409 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 409 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 409 and, therefore, denies same.

410. Paragraph 410 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 410 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 410 and, therefore, denies same.

411. Paragraph 411 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 411 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 411 and, therefore, denies same.

## EIGHTEENTH CAUSE OF ACTION

**(Declaratory Relief Against Travelers - Umbrella)**

412. American Home repeats its response to each and every allegation contained in paragraphs 1 through 411 of the Sixth Amended Complaint as if fully set forth herein.

413. Paragraph 413 asserts a legal conclusion to which no response is required.

414. Paragraph 414 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 414 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 414 and, therefore, denies same.

/ / /

415. Paragraph 415 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 415 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 415 and, therefore, denies same.

416. Paragraph 416 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 416 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 416 and, therefore, denies same.

417. Paragraph 417 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 417 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 417 and, therefore, denies same.

418. Paragraph 418 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 418 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 418 and, therefore, denies same.

419. Paragraph 419 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 419 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 419 and, therefore, denies same.

420. Paragraph 420 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 420 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required,

American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 420 and its subparts and, therefore, denies same.

421. Paragraph 421 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 421 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 421 and its subparts and, therefore, denies same.

422. Paragraph 422 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 422 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 422 and its subparts and, therefore, denies same.

423. Paragraph 423 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 423 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 423 and its subparts and, therefore, denies same.

424. Paragraph 424 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 424 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 424 and, therefore, denies same.

425. Paragraph 425 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 425 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 425 and, therefore, denies same.

/ / /

426. Paragraph 426 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 426 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 426 and, therefore, denies same.

427. Paragraph 427 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 427 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 427 and, therefore, denies same.

428. Paragraph 428 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 428 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 428 and, therefore, denies same.

429. Paragraph 429 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 429 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 429 and, therefore, denies same.

430. Paragraph 430 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 430 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 430 and, therefore, denies same.

431. Paragraph 431 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 431 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 431 and, therefore, denies same.

432. Paragraph 432 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 432 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 432 and, therefore, denies same.

433. Paragraph 433 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 433 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 433 and, therefore, denies same.

## NINETEENTH CAUSE OF ACTION

**(Declaratory Relief Against Pacific Employers - Umbrella)**

434. American Home repeats its response to each and every allegation contained in paragraphs 1 through 433 of the Sixth Amended Complaint as if fully set forth herein.

435. Paragraph 435 asserts a legal conclusion to which no response is required.

436. Paragraph 436 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 436 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 436 and, therefore, denies same.

437. Paragraph 437 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 437 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 437 and, therefore, denies same.

/ / /

438. Paragraph 438 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 438 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 438 and, therefore, denies same.

439. Paragraph 439 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 439 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 439 and, therefore, denies same.

440. Paragraph 440 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 440 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 440 and, therefore, denies same.

441. Paragraph 441 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 441 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 441 and, therefore, denies same.

442. Paragraph 442 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 442 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 442 and its subparts and, therefore, denies same.

443. Paragraph 443 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 443 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required,

American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 443 and its subparts and, therefore, denies same.

444. Paragraph 444 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 444 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 444 and its subparts and, therefore, denies same.

445. Paragraph 445 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 445 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 445 and its subparts and, therefore, denies same.

446. Paragraph 446 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 446 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 446 and, therefore, denies same.

447. Paragraph 447 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 447 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 447 and, therefore, denies same.

448. Paragraph 448 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 448 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 448 and, therefore, denies same.

/ / /

449. Paragraph 449 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 449 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 449 and, therefore, denies same.

450. Paragraph 450 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 450 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 450 and, therefore, denies same.

451. Paragraph 451 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 451 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 451 and, therefore, denies same.

452. Paragraph 452 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 452 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 452 and, therefore, denies same.

453. Paragraph 453 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 453 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 453 and, therefore, denies same.

454. Paragraph 454 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 454 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 454 and, therefore, denies same.

455. Paragraph 455 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 455 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 455 and, therefore, denies same.

456. Paragraph 456 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 456 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 456 and, therefore, denies same.

457. Paragraph 457 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 457 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 457 and, therefore, denies same.

**TWENTIETH CAUSE OF ACTION**

**(Declaratory Relief Against Lloyd's - Umbrella)**

458. American Home repeats its response to each and every allegation contained in paragraphs 1 through 457 of the Sixth Amended Complaint as if fully set forth herein.

459. Paragraph 459 asserts a legal conclusion to which no response is required.

460. Paragraph 460 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 460 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 460 and, therefore, denies same.

/ / /

461. Paragraph 461 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 461 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 461 and, therefore, denies same.

462. Paragraph 462 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 462 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 462 and, therefore, denies same.

463. Paragraph 463 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 463 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 463 and, therefore, denies same.

464. Paragraph 464 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 464 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 464 and, therefore, denies same.

465. Paragraph 465 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 465 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 465 and, therefore, denies same.

466. Paragraph 466 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 466 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required,

American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 466 and its subparts and, therefore, denies same.

467. Paragraph 467 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 467 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 467 and its subparts and, therefore, denies same.

468. Paragraph 468 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 468 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 468 and its subparts and, therefore, denies same.

469. Paragraph 469 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 469 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 469 and its subparts and, therefore, denies same.

470. Paragraph 470 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 470 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 470 and, therefore, denies same.

471. Paragraph 471 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 471 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 471 and, therefore, denies same.

/ / /

472. Paragraph 472 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 472 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 472 and, therefore, denies same.

473. Paragraph 473 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 473 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 473 and, therefore, denies same.

474. Paragraph 474 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 474 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 474 and, therefore, denies same.

475. Paragraph 475 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 475 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 475 and, therefore, denies same.

476. Paragraph 476 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 476 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 476 and, therefore, denies same.

477. Paragraph 477 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 477 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 477 and, therefore, denies same.

478. Paragraph 478 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 478 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 478 and, therefore, denies same.

479. Paragraph 479 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 479 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 479 and, therefore, denies same.

480. Paragraph 480 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 480 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 480 and, therefore, denies same.

## TWENTY-FIRST CAUSE OF ACTION

**(Declaratory Relief Against Anglo French - Umbrella)**

481. American Home repeats its response to each and every allegation contained in paragraphs 1 through 480 of the Sixth Amended Complaint as if fully set forth herein.

482. Paragraph 482 asserts a legal conclusion to which no response is required.

483. Paragraph 483 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 483 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 483 and, therefore, denies same.

/ / /

484. Paragraph 484 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 484 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 484 and, therefore, denies same.

485. Paragraph 485 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 485 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 485 and, therefore, denies same.

486. Paragraph 486 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 486 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 486 and, therefore, denies same.

487. Paragraph 487 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 487 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 487 and, therefore, denies same.

488. Paragraph 488 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 488 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 488 and, therefore, denies same.

489. Paragraph 489 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 489 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required,

American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 489 and its subparts and, therefore, denies same.

490. Paragraph 490 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 490 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 490 and its subparts and, therefore, denies same.

491. Paragraph 491 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 491 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 491 and its subparts and, therefore, denies same.

492. Paragraph 492 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 492 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 492 and its subparts and, therefore, denies same.

493. Paragraph 493 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 493 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 493 and, therefore, denies same.

494. Paragraph 494 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 494 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 494 and, therefore, denies same.

/ / /

495. Paragraph 495 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 495 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 495 and, therefore, denies same.

496. Paragraph 496 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 496 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 496 and, therefore, denies same.

497. Paragraph 497 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 497 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 497 and, therefore, denies same.

498. Paragraph 498 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 498 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 498 and, therefore, denies same.

499. Paragraph 499 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 499 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 499 and, therefore, denies same.

500. Paragraph 500 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 500 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 500 and, therefore, denies same.

501. Paragraph 501 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 501 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 501 and, therefore, denies same.

502. Paragraph 502 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 502 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 502 and, therefore, denies same.

503. Paragraph 503 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 503 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 503 and, therefore, denies same.

## TWENTY-SECOND CAUSE OF ACTION

**(Declaratory Relief Against Excess Insurance Co. - Umbrella)**

504. American Home repeats its response to each and every allegation contained in paragraphs 1 through 503 of the Sixth Amended Complaint as if fully set forth herein.

505. Paragraph 505 asserts a legal conclusion to which no response is required.

506. Paragraph 506 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 506 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 506 and, therefore, denies same.

/ / /

507. Paragraph 507 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 507 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 507 and, therefore, denies same.

508. Paragraph 508 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 508 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 508 and, therefore, denies same.

509. Paragraph 509 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 509 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 509 and, therefore, denies same.

510. Paragraph 510 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 510 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 510 and, therefore, denies same.

511. Paragraph 511 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 511 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 511 and, therefore, denies same.

512. Paragraph 512 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 512 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required,

American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 512 and its subparts and, therefore, denies same.

513. Paragraph 513 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 513 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 513 and its subparts and, therefore, denies same.

514. Paragraph 514 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 514 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 514 and its subparts and, therefore, denies same.

515. Paragraph 515 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 515 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 515 and, therefore, denies same.

516. Paragraph 516 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 516 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 516 and, therefore, denies same.

517. Paragraph 517 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 517 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 517 and, therefore, denies same.

/ / /

518. Paragraph 518 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 518 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 518 and, therefore, denies same.

519. Paragraph 519 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 519 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 519 and, therefore, denies same.

520. Paragraph 520 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 520 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 520 and, therefore, denies same.

521. Paragraph 521 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 521 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 521 and, therefore, denies same.

522. Paragraph 522 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 522 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 522 and, therefore, denies same.

523. Paragraph 523 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 523 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 523 and, therefore, denies same.

524. Paragraph 524 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 524 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 524 and, therefore, denies same.

525. Paragraph 525 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 525 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 525 and, therefore, denies same.

526. Paragraph 526 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 526 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 526 and, therefore, denies same.

## TWENTY-THIRD CAUSE OF ACTION

**(Declaratory Relief Against English & American - Umbrella)**

527. American Home repeats its response to each and every allegation contained in paragraphs 1 through 526 of the Sixth Amended Complaint as if fully set forth herein.

528. Paragraph 528 asserts a legal conclusion to which no response is required.

529. Paragraph 529 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 529 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 529 and, therefore, denies same.

/ / /

530. Paragraph 530 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 530 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 530 and, therefore, denies same.

531. Paragraph 531 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 531 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 531 and, therefore, denies same.

532. Paragraph 532 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 532 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 532 and, therefore, denies same.

533. Paragraph 533 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 533 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 533 and, therefore, denies same.

534. Paragraph 534 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 534 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 534 and, therefore, denies same.

535. Paragraph 535 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 535 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required,

American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 535 and its subparts and, therefore, denies same.

536. Paragraph 536 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 536 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 536 and its subparts and, therefore, denies same.

537. Paragraph 537 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 537 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 537 and its subparts and, therefore, denies same.

538. Paragraph 538 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 538 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 538 and, therefore, denies same.

539. Paragraph 539 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 539 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 539 and, therefore, denies same.

540. Paragraph 540 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 540 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 540 and, therefore, denies same.

/ / /

541. Paragraph 541 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 541 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 541 and, therefore, denies same.

542. Paragraph 542 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 542 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 542 and, therefore, denies same.

543. Paragraph 543 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 543 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 543 and, therefore, denies same.

544. Paragraph 544 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 544 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 544 and, therefore, denies same.

545. Paragraph 545 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 545 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 545 and, therefore, denies same.

546. Paragraph 546 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 546 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 546 and, therefore, denies same.

547. Paragraph 547 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 547 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 547 and, therefore, denies same.

548. Paragraph 548 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 548 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 548 and, therefore, denies same.

549. Paragraph 549 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 549 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 549 and, therefore, denies same.

## TWENTY-FOURTH CAUSE OF ACTION

**(Declaratory Relief Against Orion - Umbrella)**

550. American Home repeats its response to each and every allegation contained in paragraphs 1 through 549 of the Sixth Amended Complaint as if fully set forth herein.

551. Paragraph 551 asserts a legal conclusion to which no response is required.

552. Paragraph 552 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 552 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 552 and, therefore, denies same.

/ / /

553. Paragraph 553 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 553 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 553 and, therefore, denies same.

554. Paragraph 554 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 554 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 554 and, therefore, denies same.

555. Paragraph 555 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 555 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 555 and, therefore, denies same.

556. Paragraph 556 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 556 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 556 and, therefore, denies same.

557. Paragraph 557 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 557 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 557 and, therefore, denies same.

558. Paragraph 558 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 558 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required,

American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 558 and its subparts and, therefore, denies same.

559. Paragraph 559 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 559 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 559 and its subparts and, therefore, denies same.

560. Paragraph 559 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 559 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 559 and its subparts and, therefore, denies same.

561. Paragraph 561 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 561 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 561 and, therefore, denies same.

562. Paragraph 562 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 562 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 562 and, therefore, denies same.

563. Paragraph 563 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 563 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 563 and, therefore, denies same.

/ / /

564. Paragraph 564 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 564 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 564 and, therefore, denies same.

565. Paragraph 565 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 565 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 565 and, therefore, denies same.

566. Paragraph 566 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 566 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 566 and, therefore, denies same.

567. Paragraph 567 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 567 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 567 and, therefore, denies same.

568. Paragraph 568 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 568 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 568 and, therefore, denies same.

569. Paragraph 569 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 569 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 569 and, therefore, denies same.

570. Paragraph 570 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 570 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 570 and, therefore, denies same.

571. Paragraph 571 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 571 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 571 and, therefore, denies same.

572. Paragraph 572 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 572 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 572 and, therefore, denies same.

**TWENTY-FIFTH CAUSE OF ACTION**

**(Declaratory Relief Against London & Overseas - Umbrella)**

573. American Home repeats its response to each and every allegation contained in paragraphs 1 through 572 of the Sixth Amended Complaint as if fully set forth herein.

574. Paragraph 574 asserts a legal conclusion to which no response is required.

575. Paragraph 575 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 575 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 575 and, therefore, denies same.

/ / /

576. Paragraph 576 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 576 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 576 and, therefore, denies same.

577. Paragraph 577 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 577 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 577 and, therefore, denies same.

578. Paragraph 578 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 578 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 578 and, therefore, denies same.

579. Paragraph 579 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 579 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 579 and, therefore, denies same.

580. Paragraph 580 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 580 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 580 and, therefore, denies same.

581. Paragraph 581 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 581 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required,

American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 581 and its subparts and, therefore, denies same.

582. Paragraph 582 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 582 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 582 and its subparts and, therefore, denies same.

583. Paragraph 583 and its subparts assert a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 583 and its subparts are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 583 and its subparts and, therefore, denies same.

584. Paragraph 584 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 584 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 584 and, therefore, denies same.

585. Paragraph 585 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 585 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 585 and, therefore, denies same.

586. Paragraph 586 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 586 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 586 and, therefore, denies same.

/ / /

587. Paragraph 587 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 587 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 587 and, therefore, denies same.

588. Paragraph 588 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 588 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 858 and, therefore, denies same.

589. Paragraph 589 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 589 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 589 and, therefore, denies same.

590. Paragraph 590 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 590 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 590 and, therefore, denies same.

591. Paragraph 591 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 591 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 591 and, therefore, denies same.

592. Paragraph 592 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 592 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 592 and, therefore, denies same.

593. Paragraph 593 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 593 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 593 and, therefore, denies same.

594. Paragraph 594 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 594 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 594 and, therefore, denies same.

595. Paragraph 595 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 595 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 595 and, therefore, denies same.

## TWENTY-SIXTH CAUSE OF ACTION

**(Breach of Statutory Duty Against CIGA)**

596. American Home repeats its response to each and every allegation contained in paragraphs 1 through 595 of the Sixth Amended Complaint as if fully set forth herein.

597. Paragraph 597 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 597 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 597 and, therefore, denies same.

598. Paragraph 598 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 598 are not directed against American Home and,

thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 598 and, therefore, denies same.

599. Paragraph 599 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 599 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 599 and, therefore, denies same.

600. Paragraph 600 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 600 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 600 and, therefore, denies same.

601. Paragraph 601 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 601 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 601 and, therefore, denies same.

602. Paragraph 602 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 602 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 602 and, therefore, denies same.

603. Paragraph 603 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 603 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 603 and, therefore, denies same.

604. Paragraph 604 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 604 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 604 and, therefore, denies same.

605. Paragraph 605 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 605 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 605 and, therefore, denies same.

606. Paragraph 606 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 606 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 606 and, therefore, denies same.

**TWENTY-SEVENTH CAUSE OF ACTION**

**(Breach of Statutory Duty Against American Home Assurance Co.)**

607. American Home repeats its response to each and every allegation contained in paragraphs 1 through 606 of the Sixth Amended Complaint as if fully set forth herein.

608. Paragraph 608 asserts a legal conclusion to which no response is required.

609. Paragraph 609 asserts legal conclusions for which no response is required. To the extent a response is required, the American Home Excess Policy, proofs of claim, and pleadings referenced in Paragraph 609 are documents which speak for themselves, must be read and construed in their entirety, and are the best evidence of their contents. American Home denies any characterizations of the American Home Excess Policy, proofs of claim, and pleadings to the extent they are inconsistent with the contents of the documents themselves. American Home also denies that the characterization of any claim as an "AHAC Covered Claim" in any way

establishes that such claim is covered by, triggers, or otherwise implicates for the claim under the American Home Policy. American Home denies the remaining allegations in Paragraph 609.

610. Paragraph 610 asserts legal conclusions for which no response is required. To the extent a response is required, the American Home Excess Policy referenced in Paragraph 609 is a document which speaks for itself, must be read and construed in its entirety, and is the best evidence of its contents. American Home denies any characterization of the American Home Excess Policy to the extent it is inconsistent with the contents of the document itself. American Home denies the remaining allegations in Paragraph 610.

611. Paragraph 611 asserts legal conclusions for which no response is required. To the extent a response is required, American Home denies the allegations in Paragraph 611.

612. American Home admits only that the Plaintiff or its broker has reported certain proofs of claim and pleadings to American Home. American Home also denies that the characterization of any claim as an "AHAC Covered Claim" in any way establishes that such claim is covered by, triggers, or otherwise implicates for the claim under the American Home Policy. American Home denies the remaining allegations in Paragraph 612.

613. Paragraph 613 asserts legal conclusions for which no response is required. To the extent a response is required, the American Home Excess Policy referenced in Paragraph 613 is a document which speaks for itself, must be read and construed in its entirety, and is the best evidence of its contents. American Home denies any characterization of American Home Excess Policy to the extent it is inconsistent with the contents of the document itself. American Home denies the remaining allegations in Paragraph 613.

614. American Home admits only that it has issued coverage position letters in response to the lawsuits Plaintiff has reported under the American Home Policy. The position letters are documents, the contents of which speak for themselves, must be read and construed in their entirety, and are the best evidence of their contents. American Home denies any characterization of American Home's coverage position letters or the American Home Excess Policy to the extent it is inconsistent with the contents of the documents themselves. American Home denies the remaining allegations in Paragraph 614.

615. In response to paragraph 615 and its subparts, American Home admits only that it has issued coverage position letters in response to the lawsuits Plaintiff has reported under the American Home Policy. The position letters are documents, the contents of which speak for themselves, must be read and construed in their entirety, and are the best evidence of their contents. American Home denies any characterization of American Home's coverage position letters to the extent it is inconsistent with the contents of the documents themselves. American Home denies the remaining allegations in Paragraph 615.

616. In response to paragraph 616 and its subparts, American Home admits only that it has issued coverage position letters in response to the lawsuits Plaintiff has reported under the American Home Policy. The position letters are documents which speak for themselves, must be read and construed in their entirety, and are the best evidence of their contents. American Home denies any characterization of American Home's coverage position letters to the extent it is inconsistent with the contents of the documents themselves. American Home denies the remaining allegations in Paragraph 616.

617. Paragraph 617 asserts a legal conclusion to which no response is required. To the extent a response is required, American Home denies the allegations in Paragraph 617.

618. To the extent Paragraph 618 refers to a coverage position letter American Home issued, the coverage position letter is a document which speaks for itself, must be read and construed in its entirety, and is the best evidence of its contents. American Home denies any characterization of the coverage position letter to the extent it is inconsistent with the contents of the document itself. American Home also denies Plaintiff's characterization of the legal theories alleged in Paragraph 617 above. American Home denies the remaining allegations in Paragraph 618.

619. To the extent Paragraph 619 refers to a coverage position letter American Home issued, the coverage position letter is a document which speaks for itself, must be read and construed in its entirety, and is the best evidence of its contents. American Home denies any characterization of the coverage position letter to the extent it is inconsistent with the contents of the document itself. American Home also denies the characterization of the legal theories as

alleged in Paragraph 617 above. American Home denies the remaining allegations in Paragraph 619.

620. Paragraph 620 asserts a legal conclusion to which no response is required. To the extent a response is required, American Home denies the allegations in Paragraph 620.

621. To the extent Paragraph 621 refers to a coverage position letter American Home issued, the coverage position letter is a document which speaks for itself, must be read and construed in its entirety, and is the best evidence of its contents. American Home denies any characterization of the coverage position letter to the extent it is inconsistent with the contents of the document itself. American Home denies the legal assertions referenced in Paragraphs 622 and 623. American Home denies the remaining allegations in Paragraph 621.

622. Paragraph 622 asserts legal conclusions to which no response is required. To the extent a response is required, American Home admits that the Commercial Union Policies are documents which speak for themselves, and must be read and construed in their entirety and are the best evidence of their contents. American Home denies any characterization of the Commercial Union Policies to the extent it is inconsistent with the contents of the Commercial Union Policies themselves. American Home also denies that the characterization of any claim as an "AHAC Covered Claim" in any way establishes that such claim is covered by, triggers, or otherwise implicates for the claim under the American Home Policy. American Home denies the remaining allegations in Paragraph 622.

623. Paragraph 623 asserts a legal conclusion to which no response is required. To the extent a response is required, American Home admits that it received a letter from the Official Committee of Unsecured Creditors, dated July 3, 2024. The July 3, 2024 letter is a document which speaks for itself, must be read and construed in its entirety, and is the best evidence of its contents. American Home denies any characterization of the July 3, 2024 letter to the extent it is inconsistent with the contents of the letter itself. American Home admits the existence of the jury verdict referenced in Paragraph 623. American Home also denies that the characterization of any claim as an "AHAC Covered Claim" in any way establishes that such claim is covered

by, triggers, or otherwise implicates for the claim under the American Home Policy. American Home denies the remaining allegations in Paragraph 623.

624. Paragraph 624 asserts legal conclusions to which no response is required. To the extent a response is required, American Home denies the allegations in Paragraph 624.

625. To the extent Paragraph 625 refers to a letter the Plaintiff sent to American Home, dated June 4, 2024, the June 4, 2024 letter is a document which speaks for itself, must be read and construed in its entirety, and is the best evidence of its contents. American Home denies any characterization of the June 4, 2024 letter to the extent it is inconsistent with the contents of the document itself. American Home denies the characterization of American Home's response alleged in Paragraph 625; denies that the characterization of any claim as an "AHAC Covered Claim" in any way establishes that such claim is covered by, triggers, or otherwise implicates for the claim under the American Home Policy; and denies the existence of a duty to confirm that it will indemnify the Plaintiff as alleged in Paragraph 625. American Home denies the remaining allegations in Paragraph 625.

626. American Home denies the characterization of American Home's response to the July 3, 2024 letter from the Official Committee of Unsecured Creditors alleged in Paragraph 626; denies that the characterization of any claim as an "AHAC Covered Claim" in any way establishes that such claim is covered by, triggers, or otherwise implicates for the claim under the American Home Policy; and denies the existence of a duty to confirm that it will indemnify the Plaintiff as alleged in Paragraph 626. American Home denies the remaining allegations in Paragraph 626.

627. Paragraph 627 asserts legal conclusions for which no response is required. To the extent a response is required, the American Home Excess Policy referenced in Paragraph 627 is a document which speaks for itself, must be read and construed in its entirety, and is the best evidence of its contents. American Home denies any characterization of American Home Excess Policy to the extent it is inconsistent with the contents of the document itself. American Home also denies that the characterization of any claim as an "AHAC Covered Claim" in any way establishes that such claim is covered by, triggers, or otherwise implicates for the claim

under the American Home Policy. American Home denies the remaining allegations in Paragraph 627.

628. Paragraph 628 asserts a legal conclusion to which no response is required. To the extent a response is required, American Home denies the allegations in Paragraph 628.

629. Paragraph 629 asserts a legal conclusion to which no response is required. To the extent a response is required, American Home denies the allegations of paragraph 629.

630. Paragraph 630 asserts a legal conclusion to which no response is required. To the extent a response is required, American Home denies the allegations of paragraph 630.

**TWENTY-EIGTH CAUSE OF ACTION**

**(Breach of the Implied Covenant of Good Faith and Fair Dealing Against Insurer Defendants)**

631. American Home repeats its response to each and every allegation contained in paragraphs 1 through 630 of the Sixth Amended Complaint as if fully set forth herein.

632. Paragraph 632 asserts a legal conclusion to which no response is required.

633. Paragraph 633 asserts legal conclusions to which no response is required. Moreover, pursuant to the Court's September 17, 2026 Order [ECF No. 329], "[T]he 28th cause of action is dismissed against all insurers for all claimants, except for the insurers involved with the Woodall matter." *Id.* at 4:3–4. Because American Home is not an insurer involved in the Woodall matter, the Twenty-Eighth Cause of Action has been dismissed as against American Home and the allegations in Paragraph 633 therefore require no response from American Home. To the extent a response is deemed required, American Home denies the allegations in Paragraph 633.

634. Paragraph 634 asserts legal conclusions to which no response is required. Moreover, pursuant to the Court's September 17, 2026 Order [ECF No. 329], "[T]he 28th cause of action is dismissed against all insurers for all claimants, except for the insurers involved with the Woodall matter." *Id.* at 4:3–4. Because American Home is not an insurer involved in the Woodall matter, the Twenty-Eighth Cause of Action has been dismissed as against American Home and the allegations in Paragraph 634 therefore require no response from American Home.

/ / /

To the extent a response is deemed required, American Home denies the allegations in Paragraph 634.

635. Paragraph 635 asserts legal conclusions to which no response is required. Moreover, pursuant to the Court's September 17, 2026 Order [ECF No. 329], "[T]he 28th cause of action is dismissed against all insurers for all claimants, except for the insurers involved with the Woodall matter." *Id.* at 4:3–4. Because American Home is not an insurer involved in the Woodall matter, the Twenty-Eighth Cause of Action has been dismissed as against American Home and the allegations in Paragraph 635 therefore require no response from American Home. To the extent a response is deemed required, American Home denies the allegations in Paragraph 635.

636. Paragraph 636 asserts legal conclusions to which no response is required. Moreover, pursuant to the Court's September 17, 2026 Order [ECF No. 329], "[T]he 28th cause of action is dismissed against all insurers for all claimants, except for the insurers involved with the Woodall matter." *Id.* at 4:3–4. Because American Home is not an insurer involved in the Woodall matter, the Twenty-Eighth Cause of Action has been dismissed as against American Home and the allegations in Paragraph 636 therefore require no response from American Home. To the extent a response is deemed required, American Home denies the allegations in Paragraph 636.

637. Paragraph 637 asserts legal conclusions to which no response is required. Moreover, pursuant to the Court's September 17, 2026 Order [ECF No. 329], "[T]he 28th cause of action is dismissed against all insurers for all claimants, except for the insurers involved with the Woodall matter." *Id.* at 4:3–4. Because American Home is not an insurer involved in the Woodall matter, the Twenty-Eighth Cause of Action has been dismissed as against American Home and the allegations in Paragraph 637 therefore require no response from American Home. To the extent a response is deemed required, American Home denies the allegations in Paragraph 637.

638. Paragraph 638 asserts legal conclusions to which no response is required. Moreover, pursuant to the Court's September 17, 2026 Order [ECF No. 329], "[T]he 28th cause

of action is dismissed against all insurers for all claimants, except for the insurers involved with the Woodall matter." *Id.* at 4:3–4. Because American Home is not an insurer involved in the Woodall matter, the Twenty-Eighth Cause of Action has been dismissed as against American Home and the allegations in Paragraph 638 therefore require no response from American Home. To the extent a response is deemed required, American Home denies the allegations in Paragraph 638.

639. Paragraph 639 asserts a legal conclusion to which no response is required. To the extent a response is required, American Home refers Plaintiff to the Order entered by this Court on September 17, 2026, denying in part and granting in part the insurers' motions to dismiss the Sixth Amended Complaint. [ECF No. 329.], and holding, in relevant part: "[T]he 28th cause of action is dismissed against all insurers for all claimants, except for the insurers involved with the Woodall matter." *Id.* at 4:3-4. On the basis of the September 17, 2026 Order, American Home denies the allegations in Paragraph 639.

640. Paragraph 640 asserts a legal conclusion to which no response is required. To the extent a response is required, American Home refers Plaintiff to the Order entered by this Court on September 17, 2026, denying in part and granting in part the insurers' motions to dismiss the Sixth Amended Complaint. [ECF No. 329.], and holding, in relevant part: "[T]he 28th cause of action is dismissed against all insurers for all claimants, except for the insurers involved with the Woodall matter." *Id.* at 4:3-4. On the basis of the September 17, 2026 Order, American Home denies the allegations in Paragraph 640.

## TWENTY-NINTH CAUSE OF ACTION

**(Breach of the Implied Covenant of Good Faith and Fair Dealing Against Chubb)**

641. American Home repeats its response to each and every allegation contained in paragraphs 1 through 640 of the Sixth Amended Complaint as if fully set forth herein.

642. Paragraph 642 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 642 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 642 and, therefore, denies same.

643. Paragraph 643 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 643 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 643 and, therefore, denies same.

644. Paragraph 644 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 644 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 644 and, therefore, denies same.

645. Paragraph 645 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 645 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 645 and, therefore, denies same.

646. Paragraph 646 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 646 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 646 and, therefore, denies same.

647. Paragraph 647 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 647 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 647 and, therefore, denies same.

/ / /

648. Paragraph 648 asserts a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 648 are not directed against American Home and, thus, no response is required. To the extent a response is required, American Home lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 648 and, therefore, denies same.

## PRAYER FOR RELIEF

American Home denies that Plaintiff is entitled to the relief in its Prayer.

## GENERAL DENIAL

All allegations, characterizations, statements, and legal conclusions in Plaintiff's Complaint that are not specifically admitted in American Home's Answer herein are denied.

## AFFIRMATIVE DEFENSES

Further answering Plaintiff's claims in its Sixth Amended Complaint, without prejudicing and/or compromising any of its previous answers and/or responses to Plaintiff's prior complaints and/or claims and without waiving any additional or further defenses, American Home further replies Plaintiff cannot recover, in whole or in part, for claims alleged in its Sixth Amended Complaint against American Home, or that Plaintiff cannot prove the existence, limits, policy numbers or material terms of some or all the alleged excess American Home insurance contracts upon which its action against American Home is premised, or that Plaintiff will be unable to carry its burden of proof or that its suit is otherwise barred, by the provisions contained in any alleged American Home excess contracts, by law, by equity or under public policy, as follows:

## FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

1. The Sixth Amended Complaint fails to state a claim upon which relief can be granted against American Home.

/ / /

/ / /

/ / /

**SECOND AFFIRMATIVE DEFENSE**

**(No Present Coverage Obligation)**

2. The American Home Excess Policy is excess policies with no coverage obligation unless and until the applicable underlying insurance is exhausted by payment of loss to which the American Home Excess Policy applies. Plaintiff has provided no notice or evidence that the limits underlying the American Home Excess Policy have been exhausted in accordance with the terms of the American Home Excess Policy and underlying insurance, American Home has no present coverage obligation under the American Home Excess Policy.

**THIRD AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

3. Coverage is barred, in whole or in part, by applicable statutes of limitations.

**FOURTH AFFIRMATIVE DEFENSE**

**(Failure to Provide Timely Notice of Occurrence(s) and Claims)**

4. Coverage is barred, in whole or in part, to the extent Plaintiff failed to comply with the terms of the American Home Excess Policy, including the requirement to provide timely notice of underlying occurrence(s), its knowledge of propensities and wrongful conduct of alleged or otherwise suspected wrongdoers, whether identified in the "Suits," or who are the subject of other claims/complaints of any sort made or asserted against Plaintiff.

**FIFTH AFFIRMATIVE DEFENSE**

**(Laches)**

5. Coverage is barred, in whole or in part, under the doctrine of laches. Plaintiff has relinquished and abandoned any rights it otherwise might have had under the American Home Excess Policy by and to the extent, among other things, concealing from American Home's knowledge or information it knew or should have known regarding the propensities and wrongful conduct of the alleged wrongdoers that are the subject of one or more claims asserted against Plaintiff.

/ / /

/ / /

**SIXTH AFFIRMATIVE DEFENSE**

**(Expected or Intended Conduct)**

6. Coverage is barred, in whole or in part, to the extent the liabilities incurred, or that may be incurred, by Plaintiff were expected or intended by Plaintiff.

**SEVENTH AFFIRMATIVE DEFENSE**

**(No Coverage for Bodily Injury Taking Place Outside Policy Period)**

7. There is no coverage under the American Home Excess Policy for any bodily injury taking place outside the policy period of the American Home Excess Policy.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Misrepresentation/Failure to Disclose)**

8. Coverage is barred, in whole or in part, to the extent Plaintiff failed to disclose and/or misrepresented material facts in connection with purchasing the American Home Excess Policy.

**NINTH AFFIRMATIVE DEFENSE**

**(Ripeness)**

9. All or some of Plaintiff's claims are not ripe for adjudication.

**TENTH AFFIRMATIVE DEFENSE**

**(Voluntary Payments)**

10. Coverage is barred, in whole or in part, to the extent Plaintiff is seeking reimbursement for amounts it voluntarily paid, assumed an obligation to pay or otherwise paid when there was no legal obligation to do so, in violation of the American Home Excess Policy.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(No "Bodily Injury" or "Personal Injury")**

11. Coverage is barred, in whole or in part, to the extent claims for which Plaintiff seeks coverage do not allege or seek damages because of "bodily injury" or "personal injury" within the meaning of the American Home Excess Policy.

/ / /

/ / /

**TWELFTH AFFIRMATIVE DEFENSE**

**(No "Occurrence")**

12. Coverage is barred, in whole or in part, to the extent claims for which Plaintiff seeks coverage do not allege or seek damages because of "bodily injury" or "personal injury" within the meaning of the American Home Excess Policy.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Limits of Liability)**

13. Coverage, if any, is limited by the limits of liability set forth in the American Home Excess Policy, including but not limited to, applicable per occurrence limits and aggregate limits.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Other Insurance)**

14. Coverage is barred, in whole or in part, to the extent "other insurance" provisions in the American Home Excess Policy may apply.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Non-Covered and/or Excluded Claims)**

15. Coverage is barred, in whole or in part, to the extent claims for which coverage is sought are outside the scope of the insuring clauses set forth in the American Home Excess Policy, or otherwise excluded by the terms of the American Home Excess Policy.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Cooperation Clause)**

16. Coverage is barred, in whole or in part, to the extent Plaintiff failed to comply with provisions in the American Home Excess Policy that require Plaintiff's assistance and cooperation once a claim has been made or an occurrence has taken place.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

17. Coverage is barred, in whole or in part, to the extent Plaintiff failed to take steps to mitigate, minimize or avoid its alleged liabilities and damages.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Impairment of Contribution and Other Rights)**

18. Coverage is barred, in whole or in part, to the extent Plaintiff has prejudiced or impaired American Home's contribution or other rights with respect to claims for which coverage is sought.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

19. Coverage is barred, in whole or in part, by the doctrine of unclean hands to the extent Plaintiff has breached its duties and obligations under the American Home Excess Policy.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Waiver and Estoppel)**

20. Coverage is barred, in whole or in part, to the extent Plaintiff has waived, relinquished, and/or abandoned, and is estopped from asserting, any rights it otherwise might have under the American Home Excess Policy by and to the extent, among other things, it failed to fully and timely notify American Home of the claims and/or occurrences giving rise to claims asserted against Plaintiff, concealed material facts during the policy acquisition or renewal process, and/or knowingly paid more than the reasonable settlement value of claims asserted against Plaintiff.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(No Duty to Defend)**

21. American Home has no present duty to defend Plaintiff against claims asserted against Plaintiff.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Known Loss)**

22. Coverage is barred, in whole or in part, to the extent losses for which Plaintiff seeks coverage were known or loss in progress at the time when Plaintiff applied for and was issued the American Home Excess Policy.

/ / /

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(Exhaustion)**

23. Coverage is barred, in whole or in part, to the extent the limits of the American Home Excess Policy have been exhausted by the payment of prior settlements or judgments.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(Non-Exhaustion)**

24. Coverage is barred, in whole or in part, under the American Home Excess Policy to the extent the limits of policies that underlie the American Home Excess Policy, to the extent applicable, have not been fully exhausted by the payment of prior settlements or judgments.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

**(Coverage Barred under Underlying Policy(ies))**

25. Coverage is barred, in whole or in part, under the American Home Excess Policy to the extent coverage therefore is excluded under the terms of applicable underlying insurance policies.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

**(Insured Status)**

26. Coverage is barred, in whole or in part, to the extent Plaintiff is unable to meet its burden to establish that it, or any other party seeking coverage under any of the American Home Excess Policy, qualifies as an insured thereunder.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Incorporation of Defenses by Other Insurers)**

27. American Home incorporates and adopts the defenses asserted by other insurer defendants named in the Complaint.

American Home reserves its rights to assert additional defenses upon further discovery of Plaintiff's claims and its bases for asserting coverage under the American Home Excess Policy.

/ / /

/ / /

**PRAYER FOR RELIEF**

WHEREFORE American Home prays:

1. For a judgment dismissing the Sixth Amended Complaint with prejudice;
2. Awarding American Home its attorneys' fees, expenses and costs herein; and
3. For such other further relief that the Court determines is fair, just, and equitable.

Dated: November 5, 2026

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By: *__/s/ Alison V. Lippa__*
Alison V. Lippa
Amy P. Klie (*Admitted Pro Hac Vice)*
Attorneys for Defendant AMERICAN HOME ASSURANCE CO.

# CERTIFICATE OF SERVICE

*In re: The Roman Catholic Bishop of Oakland Insurance Adversary Proceeding Litigation*
*U.S. District Court Northern District of California, Case No. 3:24-cv-00709*

I hereby certify that on November 5, 2026, a copy of the document(s) listed below was filed through Electronic Case Filing System of the United States District Court, Northern District of California, and served electronically to all parties registered to receive notice via ECF.

**AMERICAN HOME ASSURANCE COMPANY'S ANSWER TO THE SIXTH AMENDED COMPLAINT FOR DECLARATORY JUDGMENT RELIEF, BREACH OF STATUTORY DUTY, AND BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

Caryn Hash