**KENNEDYS CMK LLP**
Travis Wall, Esq. (SBN 191662)
Jillian G. Dennehy, Esq. (*pro hac vice*)
455 Market Street
Suite 1900
San Francisco, CA 94105
Telephone: (415) 323-4460
Email: travis.wall@kennedyslaw.com
Jillian.dennehy@kennedyslaw.com

**IFRAH LAW PLLC**
George R. Calhoun, Esq. (*pro hac vice forthcoming*)
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006
Telephone: (202) 524-4147
Email: george@ifrahlaw.com

*Attorneys for Defendant*
*United States Fire Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, a California corporation sole,<br><br>Debtor. | Case No. 3:24-cv-00709-JSC<br><br>Bankruptcy Case No. 23-40523 WJL<br><br>Hon. Jacqueline Scott Corley |
| THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC INDEMNITY COMPANY, A DELAWARE CORPORATION; TRAVELERS CASUALTY & SURETY COMPANY F/K/A AETNA CASUALTY & SURETY COMPANY, A CONNECTICUT CORPORATION; INSURANCE COMPANY OF NORTH AMERICA, A DELAWARE CORPORATION; UNITED STATES FIRE INSURANCE, A DELAWARE CORPORATION; WESTPORT INSURANCE | **DEFENDANT UNITED STATES FIRE INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SIXTH AMENDED COMPLAINT** |

CORPORATION, A DELAWARE CORPORATION; CONTINENTAL CASUALTY COMPANY, A DELAWARE CORPORATION; PACIFIC EMPLOYERS INSURANCE, A DELAWARE CORPORATION; WESTCHESTER FIRE INSURANCE COMPANY, A PENNSYLVANIA CORPORATION; THE CALIFORNIA INSURANCE GUARANTEE ASSOCIATION, A STATE ENTITY, AND CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING SEVERALLY AND NOT JOINTLY TO SLIP NOS. CU 1001 AND K 66034 ISSUED TO THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, AND NOS. K 78138 AND CU 3061 ISSUED TO THE ROMAN CATHOLIC BISHOP OF OAKLAND; COMPANHIA DE SEGUROS FIDELIDADE SA F/K/A FIDELIDADE INSURANCE COMPANY OF LISBON, SUBSCRIBING TO SLIP NO. K 78138 ISSUED TO THE ROMAN CATHOLIC BISHOP OF OAKLAND; CATALINA WORTHING INSURANCE LTD F/K/A HFPI (AS PART VII TRANSFEREE OF EXCESS INSURANCE CO. LTD.); DOMINION INSURANCE COMPANY LIMITED; OCEAN MARINE INSURANCE COMPANY LIMITED (AS PART VII TRANSFEREE OF THE WORLD AUXILIARY INSURANCE CORPORATION LIMITED); ENGLISH & AMERICAN INSURANCE COMPANY LIMITED, RIVER THAMES INSURANCE COMPANY LIMITED, R&Q GAMMA COMPANY LIMITED (AS PART VII TRANSFEREE OF ANGLO FRENCH LTD.); LONDON AND OVERSEAS INSURANCE COMPANY LIMITED; AND ORION INDEMNITY COMPANY,

Defendants.

Defendant United States Fire Insurance Company ("U.S. Fire"), by and through its attorneys, Kennedys CMK LLP, answers the Sixth Amended Complaint (the "Complaint") by Plaintiff The Roman Catholic Bishop of Oakland ("Plaintiff") as follows:

**JURISDICTION AND VENUE**

1. The allegations contained in Paragraph 1 of the Complaint set forth a legal conclusion to

which no response is required.

2. The allegations contained in Paragraph 2 of the Complaint set forth a legal conclusion to which no response is required.

**NATURE OF THE ACTION**

3. The allegations contained in Paragraph 3 of the Complaint set forth the relief requested by Plaintiff. U.S. Fire denies that Plaintiff is entitled to the requested relief as against it.

**THE PARTIES**

4. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 4 of the Complaint.

5. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 5 of the Complaint.

6. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 6 of the Complaint.

7. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 7 of the Complaint.

8. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 8 of the Complaint.

9. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 9 of the Complaint.

10. U.S. Fire admits only that it is a Delaware corporation which has conducted business in this District. U.S. Fire denies the remaining allegations set forth in Paragraph 10 of the Complaint.

11. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 11 of the Complaint.

12. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 12 of the Complaint.

13. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 13 of the Complaint.

14. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 14 of the Complaint.

15. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 15 of the Complaint.

16. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 16 of the Complaint.

17. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 17 of the Complaint.

18. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 18 of the Complaint.

19. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 19 of the Complaint.

20. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 20 of the Complaint.

21. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 21 of the Complaint.

22. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 22 of the Complaint.

23. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 23 of the Complaint.

24. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 24 of the Complaint.

25. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 25 of the Complaint.

26. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 26 of the Complaint.

27. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy

of the allegations set forth in Paragraph 27 of the Complaint.

28. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 28 of the Complaint.

29. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 29 of the Complaint.

30. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 30 of the Complaint.

**FACTUAL BACKGROUND COMMON TO ALL DEFENDANTS**

31. Plaintiff's First, Second, and Third Amended Complaints are documents that speak for themselves, and therefore, U.S. Fire denies any inaccurate characterization or interpretation of those documents by Plaintiff in Paragraph 31 of the Complaint.

32. Plaintiff's Fifth Amended Complaint is a document that speaks for itself, and therefore, U.S. Fire denies any inaccurate characterization or interpretation of that document by Plaintiff in Paragraph 32 of the Complaint.

33. Plaintiff's Sixth Amended Complaint is a document that speaks for itself, and therefore, U.S. Fire denies any inaccurate characterization or interpretation of that document by Plaintiff in Paragraph 33 of the Complaint. By way of further response, U.S. Fire denies the remaining allegations in this Paragraph.

34. Plaintiff's Sixth Amended Complaint is a document that speaks for itself, and therefore, U.S. Fire denies any inaccurate characterization or interpretation of that document by Plaintiff in Paragraph 34 of the Complaint.

35. U.S. Fire admits only that certain underlying complaints and proofs of claim (collectively, the Underlying Claims") have be filed against Plaintiff. The Underlying Claims are documents that speak for themselves, and therefore, U.S. Fire denies any inaccurate characterization or interpretation of those documents by Plaintiff in Paragraph 35 of the Complaint.

36. The Underlying Claims are documents that speak for themselves, and therefore, U.S. Fire denies any inaccurate characterization or interpretation of those statements by Plaintiff in this Paragraph.

U.S. Fire denies the remaining allegations set forth in Paragraph 36 of the Complaint.

37. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 37 of the Complaint.

38. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 38 of the Complaint.

39. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 39 of the Complaint as they relate to insurers other than U.S. Fire. As to the allegations directed to U.S. Fire, U.S. Fire denies the allegations set forth in this Paragraph.

## FIRST CAUSE OF ACTION
### (Declaratory Relief Against Pacific Indemnity – Primary)

40. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 39 above with the same force and effect as though fully set forth herein.

41. The allegations contained in Paragraph 40 of the Complaint set forth a legal conclusion to which no response is required.

42. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 42 of the Complaint as they relate to an insurer other than U.S. Fire.

43. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 43 of the Complaint as they relate to an insurer other than U.S. Fire.

44. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 44 of the Complaint as they relate to an insurer other than U.S. Fire.

45. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 45 of the Complaint as they relate to an insurer other than U.S. Fire.

46. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy

of the allegations set forth in Paragraph 46 of the Complaint as they relate to an insurer other than U.S. Fire.

47. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 47 of the Complaint as they relate to an insurer other than U.S. Fire.

48. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 48 of the Complaint as they relate to an insurer other than U.S. Fire.

49. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 49 of the Complaint as they relate to an insurer other than U.S. Fire.

50. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 50 of the Complaint as they relate to an insurer other than U.S. Fire.

51. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 51 of the Complaint as they relate to an insurer other than U.S. Fire.

52. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 52 of the Complaint as they relate to an insurer other than U.S. Fire.

53. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 53 of the Complaint as they relate to an insurer other than U.S. Fire.

54. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 54 of the Complaint as they relate to an insurer other than U.S. Fire.

55. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy

of the allegations set forth in Paragraph 55 of the Complaint as they relate to an insurer other than U.S. Fire.

56. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 56 of the Complaint as they relate to an insurer other than U.S. Fire.

57. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 57 of the Complaint as they relate to an insurer other than U.S. Fire.

58. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 58 of the Complaint as they relate to an insurer other than U.S. Fire.

59. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 59 of the Complaint as they relate to an insurer other than U.S. Fire.

60. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 60 of the Complaint as they relate to an insurer other than U.S. Fire.

61. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 61 of the Complaint as they relate to an insurer other than U.S. Fire.

## SECOND CAUSE OF ACTION
**(Declaratory Relief Against Travelers – Primary)**

62. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 61 above with the same force and effect as though fully set forth herein.

63. The allegations contained in Paragraph 63 of the Complaint set forth a legal conclusion to which no response is required.

64. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy

of the allegations set forth in Paragraph 64 of the Complaint as they relate to an insurer other than U.S. Fire.

65. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 65 of the Complaint as they relate to an insurer other than U.S. Fire.

66. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 66 of the Complaint as they relate to an insurer other than U.S. Fire.

67. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 67 of the Complaint as they relate to an insurer other than U.S. Fire.

68. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 68 of the Complaint as they relate to an insurer other than U.S. Fire.

69. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 69 of the Complaint as they relate to an insurer other than U.S. Fire.

70. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 70 of the Complaint as they relate to an insurer other than U.S. Fire.

71. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 71 of the Complaint as they relate to an insurer other than U.S. Fire.

72. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 72 of the Complaint as they relate to an insurer other than U.S. Fire.

73. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy

of the allegations set forth in Paragraph 73 of the Complaint as they relate to an insurer other than U.S. Fire.

74. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 74 of the Complaint as they relate to an insurer other than U.S. Fire.

75. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 75 of the Complaint as they relate to an insurer other than U.S. Fire.

76. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 76 of the Complaint as they relate to an insurer other than U.S. Fire.

77. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 77 of the Complaint as they relate to an insurer other than U.S. Fire.

78. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 78 of the Complaint as they relate to an insurer other than U.S. Fire.

79. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 79 of the Complaint as they relate to an insurer other than U.S. Fire.

80. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 80 of the Complaint as they relate to an insurer other than U.S. Fire.

81. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 81 of the Complaint as they relate to an insurer other than U.S. Fire.

## THIRD CAUSE OF ACTION
**(Declaratory Relief Against INA – Primary)**

82. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 81 above with the same force and effect as though fully set forth herein.

83. The allegations contained in Paragraph 83 of the Complaint set forth a legal conclusion to which no response is required.

84. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 84 of the Complaint as they relate to an insurer other than U.S. Fire.

85. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 85 of the Complaint as they relate to an insurer other than U.S. Fire.

86. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 86 of the Complaint as they relate to an insurer other than U.S. Fire.

87. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 87 of the Complaint as they relate to an insurer other than U.S. Fire.

88. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 88 of the Complaint as they relate to an insurer other than U.S. Fire.

89. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 89 of the Complaint as they relate to an insurer other than U.S. Fire.

90. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 90 of the Complaint as they relate to an insurer other than U.S. Fire.

91. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 91 of the Complaint as they relate to an insurer other than U.S. Fire.

92. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 92 of the Complaint as they relate to an insurer other than U.S. Fire.

93. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 93 of the Complaint as they relate to an insurer other than U.S. Fire.

94. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 94 of the Complaint as they relate to an insurer other than U.S. Fire.

95. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 95 of the Complaint as they relate to an insurer other than U.S. Fire.

96. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 96 of the Complaint as they relate to an insurer other than U.S. Fire.

97. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 97 of the Complaint as they relate to an insurer other than U.S. Fire.

98. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 98 of the Complaint as they relate to an insurer other than U.S. Fire.

99. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 99 of the Complaint as they relate to an insurer other than U.S. Fire.

100. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 100 of the Complaint as they relate to an insurer other than U.S. Fire.

101. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 101 of the Complaint as they relate to an insurer other than U.S. Fire.

102. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 102 of the Complaint as they relate to an insurer other than U.S. Fire.

## FOURTH CAUSE OF ACTION
## (Declaratory Relief Against CIGA)

103. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 102 above with the same force and effect as though fully set forth herein.

104. The allegations contained in Paragraph 104 of the Complaint set forth a legal conclusion to which no response is required.

105. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 105 of the Complaint as they relate to an insurer other than U.S. Fire.

106. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 106 of the Complaint as they relate to an insurer other than U.S. Fire.

107. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 107 of the Complaint as they relate to an insurer other than U.S. Fire.

108. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 108 of the Complaint as they relate to an insurer other than U.S. Fire.

109. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 109 of the Complaint as they relate to an insurer other than U.S. Fire.

110. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 110 of the Complaint as they relate to insurers other than U.S. Fire. As to any allegations directed to U.S. Fire, U.S. Fire denies the allegations set forth in this Paragraph.

111. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 111 of the Complaint as they relate to insurers other than U.S. Fire. As to any allegations directed to U.S. Fire, U.S. Fire denies the allegations set forth in this Paragraph.

112. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 112 of the Complaint as they relate to insurers other than U.S. Fire. As to any allegations directed to U.S. Fire, U.S. Fire denies the allegations set forth in this Paragraph.

113. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 113 of the Complaint as they relate to an insurer other than U.S. Fire.

114. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 114 of the Complaint as they relate to an insurer other than U.S. Fire.

115. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 115 of the Complaint as they relate to an insurer other than U.S. Fire.

116. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 116 of the Complaint as they relate to an insurer other than U.S. Fire.

117. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 117 of the Complaint as they relate to an insurer other than U.S. Fire.

**FIFTH CAUSE OF ACTION**
**(Declaratory Relief Against INA – Excess)**

118. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 117 above with the same force and effect as though fully set forth herein.

119. The allegations contained in Paragraph 119 of the Complaint set forth a legal conclusion to which no response is required.

120. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 120 of the Complaint as they relate to an insurer other than U.S. Fire.

121. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 121 of the Complaint as they relate to an insurer other than U.S. Fire.

122. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 122 of the Complaint as they relate to an insurer other than U.S. Fire.

123. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 123 of the Complaint as they relate to an insurer other than U.S. Fire.

124. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 124 of the Complaint as they relate to an insurer other than U.S. Fire.

125. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 125 of the Complaint as they relate to an insurer other than U.S. Fire.

126. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 126 of the Complaint as they relate to an insurer other than U.S. Fire.

127. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 127 of the Complaint as they relate to an insurer other than U.S. Fire.

128. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 128 of the Complaint as they relate to an insurer other than U.S. Fire.

129. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 129 of the Complaint as they relate to an insurer other than U.S. Fire.

130. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 130 of the Complaint as they relate to an insurer other than U.S. Fire.

131. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 131 of the Complaint as they relate to an insurer other than U.S. Fire.

132. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 132 of the Complaint as they relate to an insurer other than U.S. Fire.

133. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 133 of the Complaint as they relate to an insurer other than U.S. Fire.

134. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 134 of the Complaint as they relate to an insurer other than U.S. Fire.

135. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 135 of the Complaint as they relate to an insurer other than U.S. Fire.

136. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 136 of the Complaint as they relate to an insurer other than U.S. Fire.

137. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 137 of the Complaint as they relate to an insurer other than U.S. Fire.

138. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 138 of the Complaint as they relate to an insurer other than U.S. Fire.

139. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 139 of the Complaint as they relate to an insurer other than U.S. Fire.

140. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 140 of the Complaint as they relate to an insurer other than U.S. Fire.

## SIXTH CAUSE OF ACTION
**(Declaratory Relief Against U.S. Fire – Excess)**

141. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 140 above with the same force and effect as though fully set forth herein.

142. The allegations contained in Paragraph 142 of the Complaint set forth a legal conclusion to which no response is required.

143. U.S. Fire denies the allegations set forth in Paragraph 143 of the Complaint.

144. U.S. Fire denies the allegations set forth in Paragraph 144 of the Complaint.

145. U.S. Fire denies the allegations set forth in Paragraph 145 of the Complaint.

146. U.S. Fire denies the allegations set forth in Paragraph 146 of the Complaint.

147. U.S. Fire admits only that it has denied coverage to Plaintiff for the Underlying Claims. By way of further response, U.S. Fire's coverage letters are documents that speak for themselves, and,

therefore, U.S. Fire denies any inaccurate characterization or interpretation of those documents by Plaintiff in Paragraph 147 of the Complaint.

148. U.S. Fire admits only that the alleged U.S. Fire Policy does not exist and that U.S. Fire has denied coverage for the underlying claims. By way of further response, U.S. Fire states that its coverage correspondence constitute documents that speak for themselves, and U.S. Fire denies any inaccurate characterization or interpretation of those documents by Plaintiff in Paragraph 148 of the Complaint.

149. U.S. Fire denies the allegations set forth in Paragraph 149 of the Complaint.

150. U.S. Fire denies the allegations set forth in Paragraph 150 of the Complaint.

151. U.S. Fire denies the allegations set forth in Paragraph 151 of the Complaint.

152. U.S. Fire denies the allegations set forth in Paragraph 152 of the Complaint.

153. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 153 of the Complaint as they relate to insurers other than U.S. Fire or settlements for which U.S. Fire does not have knowledge. As to the allegations directed to U.S. Fire, U.S. Fire denies the allegations set forth in this Paragraph.

154. U.S. Fire denies the allegations set forth in Paragraph 154 of the Complaint.

155. U.S. Fire denies the allegations set forth in Paragraph 155 of the Complaint.

156. Plaintiff's May 30, 2024 letter is a document that speaks for itself, and therefore, U.S. Fire denies any inaccurate characterization or interpretation of that document by Plaintiff in Paragraph 156 of the Complaint.

157. U.S. Fire's June 28, 2024 letter is a document that speaks for itself, and therefore, U.S. Fire denies any inaccurate characterization or interpretation of that document by Plaintiff in Paragraph 157 of the Complaint. U.S. Fire denies the remaining allegations as set forth in this Paragraph.

158. The UCC's July 3, 2024 letter and U.S. Fire's August 6, 2024 letter are documents that speaks for themselves, and therefore, U.S. Fire denies any inaccurate characterization or interpretation of those documents by Plaintiff in Paragraph 158 of the Complaint. U.S. Fire denies the remaining allegations as set forth in this Paragraph.

159. U.S. Fire denies the allegations set forth in Paragraph 159 of the Complaint.

160. U.S. Fire denies the allegations set forth in Paragraph 160 of the Complaint.

161. U.S. Fire denies the allegations set forth in Paragraph 161 of the Complaint.

162. U.S. Fire denies the allegations set forth in Paragraph 162 of the Complaint.

**SEVENTH CAUSE OF ACTION**
**(Declaratory Relief Against Westport – Excess)**

163. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 161 above with the same force and effect as though fully set forth herein.

164. The allegations contained in Paragraph 164 of the Complaint set forth a legal conclusion to which no response is required.

165. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 165 of the Complaint as they relate to an insurer other than U.S. Fire.

166. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 166 of the Complaint as they relate to an insurer other than U.S. Fire.

167. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 167 of the Complaint as they relate to an insurer other than U.S. Fire.

168. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 168 of the Complaint as they relate to an insurer other than U.S. Fire.

169. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 169 of the Complaint as they relate to an insurer other than U.S. Fire.

170. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 170 of the Complaint as they relate to an insurer other than U.S.

Fire.

171. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 171 of the Complaint as they relate to an insurer other than U.S. Fire.

172. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 172 of the Complaint as they relate to an insurer other than U.S. Fire.

173. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 173 of the Complaint as they relate to an insurer other than U.S. Fire.

174. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 174 of the Complaint as they relate to an insurer other than U.S. Fire.

175. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 175 of the Complaint as they relate to an insurer other than U.S. Fire.

176. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 176 of the Complaint as they relate to an insurer other than U.S. Fire.

177. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 177 of the Complaint as they relate to an insurer other than U.S. Fire.

178. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 178 of the Complaint as they relate to an insurer other than U.S. Fire.

179. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 179 of the Complaint as they relate to an insurer other than U.S.

Fire.

180. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 180 of the Complaint as they relate to an insurer other than U.S. Fire.

181. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 181 of the Complaint as they relate to an insurer other than U.S. Fire.

182. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 182 of the Complaint as they relate to an insurer other than U.S. Fire.

183. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 183 of the Complaint as they relate to an insurer other than U.S. Fire.

184. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 184 of the Complaint as they relate to an insurer other than U.S. Fire.

185. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 185 of the Complaint as they relate to an insurer other than U.S. Fire.

**EIGHTH CAUSE OF ACTION**
**(Declaratory Relief Against CNA – Excess)**

186. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 185 above with the same force and effect as though fully set forth herein.

187. The allegations contained in Paragraph 187 of the Complaint set forth a legal conclusion to which no response is required.

188. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 188 of the Complaint as they relate to an insurer other than U.S.

Fire.

189. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 189 of the Complaint as they relate to an insurer other than U.S. Fire.

190. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 190 of the Complaint as they relate to an insurer other than U.S. Fire.

191. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 191 of the Complaint as they relate to an insurer other than U.S. Fire.

192. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 192 of the Complaint as they relate to an insurer other than U.S. Fire.

193. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 193 of the Complaint as they relate to an insurer other than U.S. Fire.

194. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 194 of the Complaint as they relate to an insurer other than U.S. Fire.

195. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 195 of the Complaint as they relate to an insurer other than U.S. Fire.

196. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 196 of the Complaint as they relate to an insurer other than U.S. Fire.

197. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 197 of the Complaint as they relate to an insurer other than U.S.

Fire.

198. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 198 of the Complaint as they relate to an insurer other than U.S. Fire.

199. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 199 of the Complaint as they relate to an insurer other than U.S. Fire.

200. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 200 of the Complaint as they relate to an insurer other than U.S. Fire.

201. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 201 of the Complaint as they relate to an insurer other than U.S. Fire.

202. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 202 of the Complaint as they relate to an insurer other than U.S. Fire.

203. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 203 of the Complaint as they relate to an insurer other than U.S. Fire.

204. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 204 of the Complaint as they relate to an insurer other than U.S. Fire.

205. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 205 of the Complaint as they relate to an insurer other than U.S. Fire.

206. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 206 of the Complaint as they relate to an insurer other than U.S.

Fire.

207. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 207 of the Complaint as they relate to an insurer other than U.S. Fire.

208. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 208 of the Complaint as they relate to an insurer other than U.S. Fire.

209. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 209 of the Complaint as they relate to an insurer other than U.S. Fire.

## NINTH CAUSE OF ACTION
**(Declaratory Relief Against Westchester – Excess)**

210. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 209 above with the same force and effect as though fully set forth herein.

211. The allegations contained in Paragraph 211 of the Complaint set forth a legal conclusion to which no response is required.

212. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 212 of the Complaint as they relate to an insurer other than U.S. Fire.

213. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 213 of the Complaint as they relate to an insurer other than U.S. Fire.

214. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 214 of the Complaint as they relate to an insurer other than U.S. Fire.

215. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 215 of the Complaint as they relate to an insurer other than U.S.

Fire.

216. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 216 of the Complaint as they relate to an insurer other than U.S. Fire.

217. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 217 of the Complaint as they relate to an insurer other than U.S. Fire.

218. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 218 of the Complaint as they relate to an insurer other than U.S. Fire.

219. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 219 of the Complaint as they relate to an insurer other than U.S. Fire.

220. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 220 of the Complaint as they relate to an insurer other than U.S. Fire.

221. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 221 of the Complaint as they relate to an insurer other than U.S. Fire.

222. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 222 of the Complaint as they relate to an insurer other than U.S. Fire.

223. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 223 of the Complaint as they relate to an insurer other than U.S. Fire.

224. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 224 of the Complaint as they relate to an insurer other than U.S.

Fire.

225. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 225 of the Complaint as they relate to an insurer other than U.S. Fire.

226. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 226 of the Complaint as they relate to an insurer other than U.S. Fire.

227. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 227 of the Complaint as they relate to an insurer other than U.S. Fire.

228. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 228 of the Complaint as they relate to an insurer other than U.S. Fire.

229. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 229 of the Complaint as they relate to an insurer other than U.S. Fire.

230. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 230 of the Complaint as they relate to an insurer other than U.S. Fire.

231. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 231 of the Complaint as they relate to an insurer other than U.S. Fire.

232. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 232 of the Complaint as they relate to an insurer other than U.S. Fire.

## TENTH CAUSE OF ACTION
## (Declaratory Relief Against Lloyd's – Excess)

233. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 232 above with the same force and effect as though fully set forth herein.

234. The allegations contained in Paragraph 234 of the Complaint set forth a legal conclusion to which no response is required.

235. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 235 of the Complaint as they relate to an insurer other than U.S. Fire.

236. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 236 of the Complaint as they relate to an insurer other than U.S. Fire.

237. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 237 of the Complaint as they relate to an insurer other than U.S. Fire.

238. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 238 of the Complaint as they relate to an insurer other than U.S. Fire.

239. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 239 of the Complaint as they relate to an insurer other than U.S. Fire.

240. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 240 of the Complaint as they relate to an insurer other than U.S. Fire.

241. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 241 of the Complaint as they relate to an insurer other than U.S. Fire.

242. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 242 of the Complaint as they relate to an insurer other than U.S.

Fire.

243. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 243 of the Complaint as they relate to an insurer other than U.S. Fire.

244. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 244 of the Complaint as they relate to an insurer other than U.S. Fire.

245. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 245 of the Complaint as they relate to an insurer other than U.S. Fire.

246. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 246 of the Complaint as they relate to an insurer other than U.S. Fire.

247. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 247 of the Complaint as they relate to an insurer other than U.S. Fire.

248. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 248 of the Complaint as they relate to an insurer other than U.S. Fire.

249. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 249 of the Complaint as they relate to an insurer other than U.S. Fire.

250. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 250 of the Complaint as they relate to an insurer other than U.S. Fire.

251. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 251 of the Complaint as they relate to an insurer other than U.S.

Fire.

252. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 252 of the Complaint as they relate to an insurer other than U.S. Fire.

253. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 253 of the Complaint as they relate to an insurer other than U.S. Fire.

254. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 254 of the Complaint as they relate to an insurer other than U.S. Fire.

255. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 255 of the Complaint as they relate to an insurer other than U.S. Fire.

**ELEVENTH CAUSE OF ACTION**
**(Declaratory Relief Against Fidelidade – Excess)**

256. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 255 above with the same force and effect as though fully set forth herein.

257. The allegations contained in Paragraph 257 of the Complaint set forth a legal conclusion to which no response is required.

258. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 258 of the Complaint as they relate to an insurer other than U.S. Fire.

259. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 259 of the Complaint as they relate to an insurer other than U.S. Fire.

260. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 260 of the Complaint as they relate to an insurer other than U.S.

Fire.

261. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 261 of the Complaint as they relate to an insurer other than U.S. Fire.

262. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 262 of the Complaint as they relate to an insurer other than U.S. Fire.

263. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 263 of the Complaint as they relate to an insurer other than U.S. Fire.

264. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 264 of the Complaint as they relate to an insurer other than U.S. Fire.

265. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 265 of the Complaint as they relate to an insurer other than U.S. Fire.

266. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 266 of the Complaint as they relate to an insurer other than U.S. Fire.

267. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 267 of the Complaint as they relate to an insurer other than U.S. Fire.

268. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 268 of the Complaint as they relate to an insurer other than U.S. Fire.

269. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 269 of the Complaint as they relate to an insurer other than U.S.

Fire.

270. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 270 of the Complaint as they relate to an insurer other than U.S. Fire.

271. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 271 of the Complaint as they relate to an insurer other than U.S. Fire.

272. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 272 of the Complaint as they relate to an insurer other than U.S. Fire.

273. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 273 of the Complaint as they relate to an insurer other than U.S. Fire.

274. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 274 of the Complaint as they relate to an insurer other than U.S. Fire.

275. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 275 of the Complaint as they relate to an insurer other than U.S. Fire.

276. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 276 of the Complaint as they relate to an insurer other than U.S. Fire.

277. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 277 of the Complaint as they relate to an insurer other than U.S. Fire.

278. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 278 of the Complaint as they relate to an insurer other than U.S.

Fire.

**TWELFTH CAUSE OF ACTION**
**(Declaratory Relief Against Excess Insurance Co. – Excess)**

279. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 278 above with the same force and effect as though fully set forth herein.

280. The allegations contained in Paragraph 280 of the Complaint set forth a legal conclusion to which no response is required.

281. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 281 of the Complaint as they relate to an insurer other than U.S. Fire.

282. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 282 of the Complaint as they relate to an insurer other than U.S. Fire.

283. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 283 of the Complaint as they relate to an insurer other than U.S. Fire.

284. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 284 of the Complaint as they relate to an insurer other than U.S. Fire.

285. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 285 of the Complaint as they relate to an insurer other than U.S. Fire.

286. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 286 of the Complaint as they relate to an insurer other than U.S. Fire.

287. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 287 of the Complaint as they relate to an insurer other than U.S.

Fire.

288. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 288 of the Complaint as they relate to an insurer other than U.S. Fire.

289. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 289 of the Complaint as they relate to an insurer other than U.S. Fire.

290. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 290 of the Complaint as they relate to an insurer other than U.S. Fire.

291. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 291 of the Complaint as they relate to an insurer other than U.S. Fire.

292. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 292 of the Complaint as they relate to an insurer other than U.S. Fire.

293. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 293 of the Complaint as they relate to an insurer other than U.S. Fire.

294. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 294 of the Complaint as they relate to an insurer other than U.S. Fire.

295. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 295 of the Complaint as they relate to an insurer other than U.S. Fire.

296. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 296 of the Complaint as they relate to an insurer other than U.S.

Fire.

297. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 297 of the Complaint as they relate to an insurer other than U.S. Fire.

298. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 298 of the Complaint as they relate to an insurer other than U.S. Fire.

299. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 299 of the Complaint as they relate to an insurer other than U.S. Fire.

300. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 300 of the Complaint as they relate to an insurer other than U.S. Fire.

## THIRTEENTH CAUSE OF ACTION
**(Declaratory Relief Against River Thames – Excess)**

301. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 300 above with the same force and effect as though fully set forth herein.

302. The allegations contained in Paragraph 302 of the Complaint set forth a legal conclusion to which no response is required.

303. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 303 of the Complaint as they relate to an insurer other than U.S. Fire.

304. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 304 of the Complaint as they relate to an insurer other than U.S. Fire.

305. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 305 of the Complaint as they relate to an insurer other than U.S.

Fire.

306. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 306 of the Complaint as they relate to an insurer other than U.S. Fire.

307. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 307 of the Complaint as they relate to an insurer other than U.S. Fire.

308. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 308 of the Complaint as they relate to an insurer other than U.S. Fire.

309. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 309 of the Complaint as they relate to an insurer other than U.S. Fire.

310. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 310 of the Complaint as they relate to an insurer other than U.S. Fire.

311. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 311 of the Complaint as they relate to an insurer other than U.S. Fire.

312. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 312 of the Complaint as they relate to an insurer other than U.S. Fire.

313. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 313 of the Complaint as they relate to an insurer other than U.S. Fire.

314. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 314 of the Complaint as they relate to an insurer other than U.S.

Fire.

315. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 315 of the Complaint as they relate to an insurer other than U.S. Fire.

316. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 316 of the Complaint as they relate to an insurer other than U.S. Fire.

317. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 317 of the Complaint as they relate to an insurer other than U.S. Fire.

318. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 318 of the Complaint as they relate to an insurer other than U.S. Fire.

319. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 319 of the Complaint as they relate to an insurer other than U.S. Fire.

320. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 320 of the Complaint as they relate to an insurer other than U.S. Fire.

321. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 321 of the Complaint as they relate to an insurer other than U.S. Fire.

322. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 322 of the Complaint as they relate to an insurer other than U.S. Fire.

**FOURTEENTH CAUSE OF ACTION**
**(Declaratory Relief Against World Auxiliary – Excess)**

323. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 322 above with the same force and effect as though fully set forth herein.

324. The allegations contained in Paragraph 324 of the Complaint set forth a legal conclusion to which no response is required.

325. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 325 of the Complaint as they relate to an insurer other than U.S. Fire.

326. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 326 of the Complaint as they relate to an insurer other than U.S. Fire.

327. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 327 of the Complaint as they relate to an insurer other than U.S. Fire.

328. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 328 of the Complaint as they relate to an insurer other than U.S. Fire.

329. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 329 of the Complaint as they relate to an insurer other than U.S. Fire.

330. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 330 of the Complaint as they relate to an insurer other than U.S. Fire.

331. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 331 of the Complaint as they relate to an insurer other than U.S. Fire.

332. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 332 of the Complaint as they relate to an insurer other than U.S. Fire.

333. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 333 of the Complaint as they relate to an insurer other than U.S. Fire.

334. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 334 of the Complaint as they relate to an insurer other than U.S. Fire.

335. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 335 of the Complaint as they relate to an insurer other than U.S. Fire.

336. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 336 of the Complaint as they relate to an insurer other than U.S. Fire.

337. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 337 of the Complaint as they relate to an insurer other than U.S. Fire.

338. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 338 of the Complaint as they relate to an insurer other than U.S. Fire.

339. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 339 of the Complaint as they relate to an insurer other than U.S. Fire.

340. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 340 of the Complaint as they relate to an insurer other than U.S. Fire.

341. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 341 of the Complaint as they relate to an insurer other than U.S. Fire.

342. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 342 of the Complaint as they relate to an insurer other than U.S. Fire.

343. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 343 of the Complaint as they relate to an insurer other than U.S. Fire.

344. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 344 of the Complaint as they relate to an insurer other than U.S. Fire.

**FIFTEENTH CAUSE OF ACTION**
**(Declaratory Relief Against Dominion – Excess)**

345. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 344 above with the same force and effect as though fully set forth herein.

346. The allegations contained in Paragraph 346 of the Complaint set forth a legal conclusion to which no response is required.

347. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 347 of the Complaint as they relate to an insurer other than U.S. Fire.

348. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 348 of the Complaint as they relate to an insurer other than U.S. Fire.

349. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 349 of the Complaint as they relate to an insurer other than U.S. Fire.

350. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 350 of the Complaint as they relate to an insurer other than U.S. Fire.

351. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 351 of the Complaint as they relate to an insurer other than U.S. Fire.

352. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 352 of the Complaint as they relate to an insurer other than U.S. Fire.

353. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 353 of the Complaint as they relate to an insurer other than U.S. Fire.

354. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 354 of the Complaint as they relate to an insurer other than U.S. Fire.

355. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 355 of the Complaint as they relate to an insurer other than U.S. Fire.

356. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 356 of the Complaint as they relate to an insurer other than U.S. Fire.

357. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 357 of the Complaint as they relate to an insurer other than U.S. Fire.

358. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 358 of the Complaint as they relate to an insurer other than U.S. Fire.

359. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 359 of the Complaint as they relate to an insurer other than U.S. Fire.

360. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 360 of the Complaint as they relate to an insurer other than U.S. Fire.

361. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 361 of the Complaint as they relate to an insurer other than U.S. Fire.

362. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 362 of the Complaint as they relate to an insurer other than U.S. Fire.

363. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 363 of the Complaint as they relate to an insurer other than U.S. Fire.

364. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 364 of the Complaint as they relate to an insurer other than U.S. Fire.

365. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 365 of the Complaint as they relate to an insurer other than U.S. Fire.

366. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 366 of the Complaint as they relate to an insurer other than U.S. Fire.

**SIXTEENTH CAUSE OF ACTION**
**(Declaratory Relief Against English & American – Excess)**

367. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through

366 above with the same force and effect as though fully set forth herein.

368. The allegations contained in Paragraph 368 of the Complaint set forth a legal conclusion to which no response is required.

369. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 369 of the Complaint as they relate to an insurer other than U.S. Fire.

370. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 370 of the Complaint as they relate to an insurer other than U.S. Fire.

371. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 371 of the Complaint as they relate to an insurer other than U.S. Fire.

372. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 372 of the Complaint as they relate to an insurer other than U.S. Fire.

373. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 373 of the Complaint as they relate to an insurer other than U.S. Fire.

374. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 374 of the Complaint as they relate to an insurer other than U.S. Fire.

375. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 375 of the Complaint as they relate to an insurer other than U.S. Fire.

376. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 376 of the Complaint as they relate to an insurer other than U.S. Fire.

377. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 377 of the Complaint as they relate to an insurer other than U.S. Fire.

378. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 378 of the Complaint as they relate to an insurer other than U.S. Fire.

379. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 379 of the Complaint as they relate to an insurer other than U.S. Fire.

380. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 380 of the Complaint as they relate to an insurer other than U.S. Fire.

381. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 381 of the Complaint as they relate to an insurer other than U.S. Fire.

382. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 382 of the Complaint as they relate to an insurer other than U.S. Fire.

383. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 383 of the Complaint as they relate to an insurer other than U.S. Fire.

384. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 384 of the Complaint as they relate to an insurer other than U.S. Fire.

385. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 385 of the Complaint as they relate to an insurer other than U.S. Fire.

386. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 386 of the Complaint as they relate to an insurer other than U.S. Fire.

387. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 387 of the Complaint as they relate to an insurer other than U.S. Fire.

388. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 388 of the Complaint as they relate to an insurer other than U.S. Fire.

**SEVENTEENTH CAUSE OF ACTION**
**(Declaratory Relief Against Westport – Umbrella)**

389. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 388 above with the same force and effect as though fully set forth herein.

390. The allegations contained in Paragraph 390 of the Complaint set forth a legal conclusion to which no response is required.

391. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 391 of the Complaint as they relate to an insurer other than U.S. Fire.

392. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 392 of the Complaint as they relate to an insurer other than U.S. Fire.

393. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 393 of the Complaint as they relate to an insurer other than U.S. Fire.

394. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 394 of the Complaint as they relate to an insurer other than U.S. Fire.

395. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 395 of the Complaint as they relate to an insurer other than U.S. Fire.

396. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 396 of the Complaint as they relate to an insurer other than U.S. Fire.

397. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 397 of the Complaint as they relate to an insurer other than U.S. Fire.

398. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 398 of the Complaint as they relate to an insurer other than U.S. Fire.

399. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 399 of the Complaint as they relate to an insurer other than U.S. Fire.

400. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 400 of the Complaint as they relate to an insurer other than U.S. Fire.

401. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 401 of the Complaint as they relate to an insurer other than U.S. Fire.

402. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 402 of the Complaint as they relate to an insurer other than U.S. Fire.

403. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 403 of the Complaint as they relate to an insurer other than U.S. Fire.

404. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 404 of the Complaint as they relate to an insurer other than U.S. Fire.

405. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 405 of the Complaint as they relate to an insurer other than U.S. Fire.

406. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 406 of the Complaint as they relate to an insurer other than U.S. Fire.

407. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 407 of the Complaint as they relate to an insurer other than U.S. Fire.

408. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 408 of the Complaint as they relate to an insurer other than U.S. Fire.

409. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 409 of the Complaint as they relate to an insurer other than U.S. Fire.

410. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 410 of the Complaint as they relate to an insurer other than U.S. Fire.

411. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 411 of the Complaint as they relate to an insurer other than U.S. Fire.

**EIGHTEENTH CAUSE OF ACTION**
**(Declaratory Relief Against Travelers – Umbrella)**

412. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through

412 above with the same force and effect as though fully set forth herein.

413. The allegations contained in Paragraph 413 of the Complaint set forth a legal conclusion to which no response is required.

414. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 414 of the Complaint as they relate to an insurer other than U.S. Fire.

415. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 415 of the Complaint as they relate to an insurer other than U.S. Fire.

416. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 416 of the Complaint as they relate to an insurer other than U.S. Fire.

417. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 417 of the Complaint as they relate to an insurer other than U.S. Fire.

418. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 418 of the Complaint as they relate to an insurer other than U.S. Fire.

419. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 419 of the Complaint as they relate to an insurer other than U.S. Fire.

420. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 420 of the Complaint as they relate to an insurer other than U.S. Fire.

421. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 421 of the Complaint as they relate to an insurer other than U.S. Fire.

422. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 422 of the Complaint as they relate to an insurer other than U.S. Fire.

423. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 423 of the Complaint as they relate to an insurer other than U.S. Fire.

424. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 424 of the Complaint as they relate to an insurer other than U.S. Fire.

425. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 425 of the Complaint as they relate to an insurer other than U.S. Fire.

426. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 426 of the Complaint as they relate to an insurer other than U.S. Fire.

427. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 427 of the Complaint as they relate to an insurer other than U.S. Fire.

428. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 428 of the Complaint as they relate to an insurer other than U.S. Fire.

429. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 429 of the Complaint as they relate to an insurer other than U.S. Fire.

430. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 430 of the Complaint as they relate to an insurer other than U.S. Fire.

431. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 431 of the Complaint as they relate to an insurer other than U.S. Fire.

432. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 432 of the Complaint as they relate to an insurer other than U.S. Fire.

433. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 433 of the Complaint as they relate to an insurer other than U.S. Fire.

## NINETEENTH CAUSE OF ACTION
**(Declaratory Relief Against Pacific Employers – Umbrella)**

434. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 433 above with the same force and effect as though fully set forth herein.

435. The allegations contained in Paragraph 435 of the Complaint set forth a legal conclusion to which no response is required.

436. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 436 of the Complaint as they relate to an insurer other than U.S. Fire.

437. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 437 of the Complaint as they relate to an insurer other than U.S. Fire.

438. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 438 of the Complaint as they relate to an insurer other than U.S. Fire.

439. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 439 of the Complaint as they relate to an insurer other than U.S. Fire.

440. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 440 of the Complaint as they relate to an insurer other than U.S. Fire.

441. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 441 of the Complaint as they relate to an insurer other than U.S. Fire.

442. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 442 of the Complaint as they relate to an insurer other than U.S. Fire.

443. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 443 of the Complaint as they relate to an insurer other than U.S. Fire.

444. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 444 of the Complaint as they relate to an insurer other than U.S. Fire.

445. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 445 of the Complaint as they relate to an insurer other than U.S. Fire.

446. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 446 of the Complaint as they relate to an insurer other than U.S. Fire.

447. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 447 of the Complaint as they relate to an insurer other than U.S. Fire.

448. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 448 of the Complaint as they relate to an insurer other than U.S. Fire.

449. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 449 of the Complaint as they relate to an insurer other than U.S. Fire.

450. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 450 of the Complaint as they relate to an insurer other than U.S. Fire.

451. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 451 of the Complaint as they relate to an insurer other than U.S. Fire.

452. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 452 of the Complaint as they relate to an insurer other than U.S. Fire.

453. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 453 of the Complaint as they relate to an insurer other than U.S. Fire.

454. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 454 of the Complaint as they relate to an insurer other than U.S. Fire.

455. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 455 of the Complaint as they relate to an insurer other than U.S. Fire.

456. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 456 of the Complaint as they relate to an insurer other than U.S. Fire.

457. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 457 of the Complaint as they relate to an insurer other than U.S. Fire.

## TWENTIETH CAUSE OF ACTION
**(Declaratory Relief Against Lloyd's – Umbrella)**

458. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 457 above with the same force and effect as though fully set forth herein.

459. The allegations contained in Paragraph 459 of the Complaint set forth a legal conclusion to which no response is required.

460. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 460 of the Complaint as they relate to an insurer other than U.S. Fire.

461. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 461 of the Complaint as they relate to an insurer other than U.S. Fire.

462. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 462 of the Complaint as they relate to an insurer other than U.S. Fire.

463. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 463 of the Complaint as they relate to an insurer other than U.S. Fire.

464. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 464 of the Complaint as they relate to an insurer other than U.S. Fire.

465. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 465 of the Complaint as they relate to an insurer other than U.S. Fire.

466. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 466 of the Complaint as they relate to an insurer other than U.S. Fire.

467. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 467 of the Complaint as they relate to an insurer other than U.S. Fire.

468. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 468 of the Complaint as they relate to an insurer other than U.S. Fire.

469. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 469 of the Complaint as they relate to an insurer other than U.S. Fire.

470. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 470 of the Complaint as they relate to an insurer other than U.S. Fire.

471. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 471 of the Complaint as they relate to an insurer other than U.S. Fire.

472. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 472 of the Complaint as they relate to an insurer other than U.S. Fire.

473. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 473 of the Complaint as they relate to an insurer other than U.S. Fire.

474. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 474 of the Complaint as they relate to an insurer other than U.S. Fire.

475. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 475 of the Complaint as they relate to an insurer other than U.S. Fire.

476. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 476 of the Complaint as they relate to an insurer other than U.S. Fire.

477. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 477 of the Complaint as they relate to an insurer other than U.S. Fire.

478. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 478 of the Complaint as they relate to an insurer other than U.S. Fire.

479. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 479 of the Complaint as they relate to an insurer other than U.S. Fire.

480. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 480 of the Complaint as they relate to an insurer other than U.S. Fire.

## TWENTY-FIRST CAUSE OF ACTION
**(Declaratory Relief Against Anglo French – Umbrella)**

481. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 480 above with the same force and effect as though fully set forth herein.

482. The allegations contained in Paragraph 482 of the Complaint set forth a legal conclusion to which no response is required.

483. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 483 of the Complaint as they relate to an insurer other than U.S. Fire.

484. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 484 of the Complaint as they relate to an insurer other than U.S. Fire.

485. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 485 of the Complaint as they relate to an insurer other than U.S. Fire.

486. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 486 of the Complaint as they relate to an insurer other than U.S. Fire.

487. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 487 of the Complaint as they relate to an insurer other than U.S. Fire.

488. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 488 of the Complaint as they relate to an insurer other than U.S. Fire.

489. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 489 of the Complaint as they relate to an insurer other than U.S. Fire.

490. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 490 of the Complaint as they relate to an insurer other than U.S. Fire.

491. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 491 of the Complaint as they relate to an insurer other than U.S. Fire.

492. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 492 of the Complaint as they relate to an insurer other than U.S. Fire.

493. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 493 of the Complaint as they relate to an insurer other than U.S. Fire.

494. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 494 of the Complaint as they relate to an insurer other than U.S. Fire

495. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 495 of the Complaint as they relate to an insurer other than U.S. Fire.

496. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 496 of the Complaint as they relate to an insurer other than U.S. Fire.

497. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 497 of the Complaint as they relate to an insurer other than U.S. Fire.

498. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 498 of the Complaint as they relate to an insurer other than U.S. Fire.

499. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 499 of the Complaint as they relate to an insurer other than U.S. Fire.

500. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 500 of the Complaint as they relate to an insurer other than U.S. Fire.

501. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 501 of the Complaint as they relate to an insurer other than U.S. Fire.

502. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 502 of the Complaint as they relate to an insurer other than U.S. Fire.

503. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 503 of the Complaint as they relate to an insurer other than U.S. Fire.

**<u>TWENTY-SECOND CAUSE OF ACTION</u>**
**(Declaratory Relief Against Excess Insurance Co. – Umbrella)**

504. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 503 above with the same force and effect as though fully set forth herein.

505. The allegations contained in Paragraph 505 of the Complaint set forth a legal conclusion to which no response is required.

506. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 506 of the Complaint as they relate to an insurer other than U.S. Fire.

507. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 507 of the Complaint as they relate to an insurer other than U.S. Fire.

508. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 508 of the Complaint as they relate to an insurer other than U.S. Fire.

509. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 509 of the Complaint as they relate to an insurer other than U.S. Fire.

510. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 510 of the Complaint as they relate to an insurer other than U.S. Fire.

511. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 511 of the Complaint as they relate to an insurer other than U.S. Fire.

512. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 512 of the Complaint as they relate to an insurer other than U.S. Fire.

513. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 513 of the Complaint as they relate to an insurer other than U.S. Fire.

514. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 514 of the Complaint as they relate to an insurer other than U.S. Fire.

515. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 515 of the Complaint as they relate to an insurer other than U.S. Fire.

516. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 516 of the Complaint as they relate to an insurer other than U.S. Fire.

517. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 517 of the Complaint as they relate to an insurer other than U.S. Fire.

518. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 518 of the Complaint as they relate to an insurer other than U.S. Fire.

519. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 519 of the Complaint as they relate to an insurer other than U.S. Fire.

520. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 520 of the Complaint as they relate to an insurer other than U.S. Fire.

521. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 521 of the Complaint as they relate to an insurer other than U.S. Fire.

522. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 522 of the Complaint as they relate to an insurer other than U.S. Fire.

523. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 523 of the Complaint as they relate to an insurer other than U.S. Fire.

524. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 524 of the Complaint as they relate to an insurer other than U.S. Fire.

525. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 525 of the Complaint as they relate to an insurer other than U.S. Fire.

526. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 526 of the Complaint as they relate to an insurer other than U.S. Fire.

## TWENTY-THIRD CAUSE OF ACTION
## (Declaratory Relief Against English & American – Umbrella)

527. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 526 above with the same force and effect as though fully set forth herein.

528. The allegations contained in Paragraph 528 of the Complaint set forth a legal conclusion to which no response is required.

529. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 529 of the Complaint as they relate to an insurer other than U.S. Fire.

530. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 530 of the Complaint as they relate to an insurer other than U.S. Fire.

531. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 531 of the Complaint as they relate to an insurer other than U.S. Fire.

532. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 532 of the Complaint as they relate to an insurer other than U.S. Fire.

533. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 533 of the Complaint as they relate to an insurer other than U.S. Fire.

534. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 534 of the Complaint as they relate to an insurer other than U.S. Fire.

535. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 535 of the Complaint as they relate to an insurer other than U.S. Fire.

536. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 536 of the Complaint as they relate to an insurer other than U.S. Fire.

537. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 537 of the Complaint as they relate to an insurer other than U.S. Fire.

538. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 538 of the Complaint as they relate to an insurer other than U.S. Fire.

539. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 539 of the Complaint as they relate to an insurer other than U.S. Fire.

540. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 540 of the Complaint as they relate to an insurer other than U.S. Fire.

541. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 541 of the Complaint as they relate to an insurer other than U.S. Fire.

542. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 542 of the Complaint as they relate to an insurer other than U.S. Fire.

543. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 543 of the Complaint as they relate to an insurer other than U.S. Fire.

544. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 544 of the Complaint as they relate to an insurer other than U.S. Fire.

545. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 545 of the Complaint as they relate to an insurer other than U.S. Fire.

546. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 546 of the Complaint as they relate to an insurer other than U.S. Fire.

547. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 547 of the Complaint as they relate to an insurer other than U.S. Fire.

548. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 548 of the Complaint as they relate to an insurer other than U.S. Fire.

549. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 549 of the Complaint as they relate to an insurer other than U.S. Fire.

**TWENTY-FOURTH CAUSE OF ACTION**
**(Declaratory Relief Against Orion – Umbrella)**

550. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 549 above with the same force and effect as though fully set forth herein.

551. The allegations contained in Paragraph 551 of the Complaint set forth a legal conclusion to which no response is required.

552. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 552 of the Complaint as they relate to an insurer other than U.S. Fire.

553. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 553 of the Complaint as they relate to an insurer other than U.S. Fire.

554. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 554 of the Complaint as they relate to an insurer other than U.S. Fire.

555. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 555 of the Complaint as they relate to an insurer other than U.S. Fire.

556. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 556 of the Complaint as they relate to an insurer other than U.S. Fire.

557. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 557 of the Complaint as they relate to an insurer other than U.S. Fire.

558. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 558 of the Complaint as they relate to an insurer other than U.S. Fire.

559. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 559 of the Complaint as they relate to an insurer other than U.S. Fire.

560. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 559 of the Complaint as they relate to an insurer other than U.S. Fire.

561. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 560 of the Complaint as they relate to an insurer other than U.S. Fire.

562. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 561 of the Complaint as they relate to an insurer other than U.S. Fire.

563. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 562 of the Complaint as they relate to an insurer other than U.S. Fire.

564. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 563 of the Complaint as they relate to an insurer other than U.S. Fire.

565. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 564 of the Complaint as they relate to an insurer other than U.S. Fire.

566. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 565 of the Complaint as they relate to an insurer other than U.S. Fire.

567. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 566 of the Complaint as they relate to an insurer other than U.S. Fire.

568. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 567 of the Complaint as they relate to an insurer other than U.S. Fire.

569. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 568 of the Complaint as they relate to an insurer other than U.S. Fire.

570. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 569 of the Complaint as they relate to an insurer other than U.S. Fire.

571. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 570 of the Complaint as they relate to an insurer other than U.S. Fire.

572. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 571 of the Complaint as they relate to an insurer other than U.S. Fire.

## TWENTY-FIFTH CAUSE OF ACTION
**(Declaratory Relief Against London & Overseas – Umbrella)**

573. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 572 above with the same force and effect as though fully set forth herein.

574. The allegations contained in Paragraph 574 of the Complaint set forth a legal conclusion to which no response is required.

575. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 575 of the Complaint as they relate to an insurer other than U.S. Fire.

576. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 576 of the Complaint as they relate to an insurer other than U.S. Fire.

577. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 577 of the Complaint as they relate to an insurer other than U.S. Fire.

578. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 578 of the Complaint as they relate to an insurer other than U.S. Fire.

579. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 579 of the Complaint as they relate to an insurer other than U.S. Fire.

580. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 580 of the Complaint as they relate to an insurer other than U.S. Fire.

581. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 581 of the Complaint as they relate to an insurer other than U.S. Fire.

582. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 582 of the Complaint as they relate to an insurer other than U.S. Fire.

583. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 583 of the Complaint as they relate to an insurer other than U.S. Fire.

584. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 584 of the Complaint as they relate to an insurer other than U.S. Fire.

585. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 585 of the Complaint as they relate to an insurer other than U.S. Fire.

586. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 586 of the Complaint as they relate to an insurer other than U.S. Fire.

587. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 587 of the Complaint as they relate to an insurer other than U.S. Fire.

588. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 588 of the Complaint as they relate to an insurer other than U.S. Fire.

589. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 589 of the Complaint as they relate to an insurer other than U.S. Fire.

590. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 590 of the Complaint as they relate to an insurer other than U.S. Fire.

591. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 591 of the Complaint as they relate to an insurer other than U.S. Fire.

592. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 592 of the Complaint as they relate to an insurer other than U.S. Fire.

593. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 593 of the Complaint as they relate to an insurer other than U.S. Fire.

594. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 594 of the Complaint as they relate to an insurer other than U.S. Fire.

595. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 595 of the Complaint as they relate to an insurer other than U.S. Fire.

**TWENTY-SIXTH CAUSE OF ACTION**
**(Breach of Statutory Duty Against CIGA)**

596. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 595 above with the same force and effect as though fully set forth herein.

597. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 597 of the Complaint as they relate to an insurer other than U.S. Fire.

598. The allegations contained in Paragraph 598 of the Complaint set forth a legal conclusion to which no response is required.

599. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 599 of the Complaint as they relate to an insurer other than U.S. Fire.

600. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 600 of the Complaint. The remaining allegations in this Paragraph set forth a legal conclusion to which no response is required.

601. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 601 of the Complaint as they relate to insurers other than U.S. Fire. As to any allegations directed to U.S. Fire, U.S. Fire denies the allegations set forth in this Paragraph.

602. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 602 of the Complaint as they relate to insurers other than U.S. Fire. As to the allegations directed to U.S. Fire, U.S. Fire denies the allegations set forth in this Paragraph.

603. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 603 of the Complaint as they relate to insurers other than U.S. Fire. As to the allegations directed to U.S. Fire, U.S. Fire denies the allegations set forth in this Paragraph. By way of further response, the letter sent from the UCC on July 3, 2024 is a document that speaks for itself, and therefore, U.S. Fire denies any inaccurate characterization or interpretation of those documents by Plaintiff in this Paragraph.

604. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 604 of the Complaint as they relate to an insurer other than U.S. Fire.

605. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 605 of the Complaint as they relate to an insurer other than U.S. Fire.

606. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 606 of the Complaint as they relate to an insurer other than U.S. Fire.

## TWENTY-SEVENTH CAUSE OF ACTION

### (Declaratory Relief Against American Home Assurance Co.)

607. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 606 above with the same force and effect as though fully set forth herein.

608. The allegations contained in Paragraph 608 of the Complaint set forth a legal conclusion to which no response is required.

609. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 609 of the Complaint as they relate to an insurer other than U.S. Fire.

610. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 610 of the Complaint as they relate to an insurer other than U.S. Fire.

611. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 611 of the Complaint as they relate to an insurer other than U.S. Fire.

612. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 612 of the Complaint as they relate to an insurer other than U.S. Fire.

613. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 613 of the Complaint as they relate to an insurer other than U.S. Fire.

614. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 614 of the Complaint as they relate to an insurer other than U.S. Fire.

615. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 615 of the Complaint as they relate to an insurer other than U.S. Fire.

616. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 616 of the Complaint as they relate to an insurer other than U.S. Fire.

617. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 617 of the Complaint as they relate to an insurer other than U.S. Fire.

618. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 618 of the Complaint as they relate to an insurer other than U.S. Fire.

619. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 619 of the Complaint as they relate to an insurer other than U.S. Fire.

620. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 620 of the Complaint as they relate to an insurer other than U.S. Fire.

621. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 621 of the Complaint as they relate to an insurer other than U.S. Fire.

622. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 622 of the Complaint as they relate to an insurer other than U.S. Fire.

623. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 623 of the Complaint as they relate to an insurer other than U.S. Fire.

624. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 624 of the Complaint as they relate to an insurer other than U.S. Fire.

625. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 625 of the Complaint as they relate to an insurer other than U.S. Fire.

626. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 626 of the Complaint as they relate to an insurer other than U.S. Fire.

627. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 627 of the Complaint as they relate to an insurer other than U.S. Fire.

628. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 628 of the Complaint as they relate to an insurer other than U.S. Fire.

629. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 629 of the Complaint as they relate to an insurer other than U.S. Fire.

630. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 630 of the Complaint as they relate to an insurer other than U.S. Fire.

## TWENTY-EIGHT CAUSE OF ACTION

**(Breach of the Implied Covenant of Good Faith and Fair Dealing Against Insurer Defendants)**

631. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 630 above with the same force and effect as though fully set forth herein.

632. This Cause of Action has been dismissed by way of the Court's September 17, 2026 Order as to all insurers who are not involved with the Woodall matter, including U.S. Fire. As a result, no response is required. If any response is deemed required, U.S. Fire denies the allegations in this paragraph.

633. This Cause of Action has been dismissed by way of the Court's September 17, 2026 Order as to all insurers who are not involved with the Woodall matter, including U.S. Fire. As a result, no response is required. If any response is deemed required, U.S. Fire denies the allegations in this paragraph.

634. This Cause of Action has been dismissed by way of the Court's September 17, 2026 Order as to all insurers who are not involved with the Woodall matter, including U.S. Fire. As a result, no response is required. If any response is deemed required, U.S. Fire denies the allegations in this paragraph.

635. This Cause of Action has been dismissed by way of the Court's September 17, 2026 Order as to all insurers who are not involved with the Woodall matter, including U.S. Fire. As a result, no response is required. If any response is deemed required, U.S. Fire denies the allegations in this paragraph.

636. This Cause of Action has been dismissed by way of the Court's September 17, 2026 Order as to all insurers who are not involved with the Woodall matter, including U.S. Fire. As a result, no

response is required. If any response is deemed required, U.S. Fire denies the allegations in this paragraph.

637. This Cause of Action has been dismissed by way of the Court's September 17, 2026 Order as to all insurers who are not involved with the Woodall matter, including U.S. Fire. As a result, no response is required. If any response is deemed required, U.S. Fire denies the allegations in this paragraph.

638. This Cause of Action has been dismissed by way of the Court's September 17, 2026 Order as to all insurers who are not involved with the Woodall matter, including U.S. Fire. As a result, no response is required. If any response is deemed required, U.S. Fire denies the allegations in this paragraph.

639. This Cause of Action has been dismissed by way of the Court's September 17, 2026 Order as to all insurers who are not involved with the Woodall matter, including U.S. Fire. As a result, no response is required. If any response is deemed required, U.S. Fire denies the allegations in this paragraph.

640. This Cause of Action has been dismissed by way of the Court's September 17, 2026 Order as to all insurers who are not involved with the Woodall matter, including U.S. Fire. As a result, no response is required. If any response is deemed required, U.S. Fire denies the allegations in this paragraph.

## TWENTY-NINTH CAUSE OF ACTION
**(Breach of the Implied Covenant of Good Faith and Fair Dealing Against Chubb)**

641. U.S. Fire repeats and realleges each and every allegation contained in Paragraphs 1 through 640 above with the same force and effect as though fully set forth herein.

642. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 642 of the Complaint as they relate to an insurer other than U.S. Fire.

643. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 643 of the Complaint as they relate to an insurer other than U.S. Fire.

644. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 644 of the Complaint as they relate to an insurer other than U.S. Fire.

645. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 645 of the Complaint as they relate to an insurer other than U.S. Fire.

646. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 646 of the Complaint as they relate to an insurer other than U.S. Fire.

647. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 647 of the Complaint as they relate to an insurer other than U.S. Fire.

648. U.S. Fire is without knowledge or information sufficient to determine the truth or accuracy of the allegations set forth in Paragraph 648 of the Complaint as they relate to an insurer other than U.S. Fire.

## AFFIRMATIVE DEFENSES

Further answering the Complaint, and without prejudice to U.S. Fire's general and specific denials and responses contained in this Answer, U.S. Fire asserts the following defenses. By pleading these defenses, U.S. Fire does not assume the burden of proving any fact, issue or element of a cause of action where that burden belongs to Plaintiff and/or any other party to this action. U.S. Fire's defenses are based on information currently available to U.S. Fire. U.S. Fire reserves the right to amend its pleading in accordance with the applicable rules and law based upon new or additional information developed during discovery or otherwise.

## FIRST AFFIRMATIVE DEFENSE

The claims asserted against U.S. Fire are barred, in whole or in part, because the Complaint fails to state a cause of action upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, under the doctrines of waiver and/or estoppel.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, under the doctrines of laches and unclean hands.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the statute of limitations.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the failure to mitigate damages.

**SIXTH AFFIRMATIVE DEFENSE**

U.S. Fire denies that it issued any policy to Plaintiff. To the extent there is determination that U.S. Fire issued a policy to Plaintiff, the rights and obligations of U.S. Fire are defined and controlled by the limits of liability, terms, exclusions, conditions and other provisions of the alleged policy. The terms, exclusions, conditions and other provisions of the alleged policy cannot all be listed as affirmative defenses and are, therefore, incorporated by reference herein.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent that Plaintiff has failed to satisfy all or some of the conditions precedent and/or subsequent to coverage under the alleged policy.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent that U.S. Fire was not provided with timely and proper notice as required by the alleged policy with respect to the Underlying Claims.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, to the extent that the amounts sought from U.S. Fire are for any liabilities or monetary obligations assumed or monies voluntarily paid by Plaintiff without U.S. Fire's consent.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent that the Complaint seeks coverage for entities that are not insured under the alleged policy.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent that Plaintiff is unable to meet its burden in establishing the existence of a policy under which it is entitled to coverage, and/or the material terms and conditions of any of the alleged policy cannot be found, produced, or proven.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent that there has been no proper exhaustion of all underlying and/or other insurance policies relevant to the alleged policy.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent that the underlying claims for which they seek coverage do not allege "bodily injury" or "personal injury" as those terms are defined by or incorporated into the alleged policy.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent that the underlying claims for which they seek coverage do not involve injuries caused by an "occurrence," as that term is defined by or incorporated into the alleged policy.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent that the Underlying Claims for which they seek coverage do not involve "bodily injury" or "personal injury" that took place during the alleged policy period.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent that the Underlying Claims for which they seek coverage are based on fraudulent and/or intentional conduct on behalf of the Plaintiff or injury that was expected, or should have been expected, from the standpoint of an insured.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent that any liability in connection with the Underlying Claims has been released by a prior settlement.

**EIGTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, to the extent that punitive damages are alleged against them, which are precluded from coverage at law and/or by the alleged policy.

**NINETEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, to the extent that the Plaintiff has not established exhaustion of any applicable retentions or payment of deductibles.

**TWENTIETH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent that the "other insurance" clause in the alleged policy limits any obligation on the part of U.S. Fire.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent that any insured knew about the injuries alleged in the Underlying Claims, in whole or in part, prior to the issuance of the alleged policy.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred to the extent that they have not complied with their cooperation obligations under the terms of the alleged policy.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff failed to disclose to U.S. Fire relevant information or made any material misrepresentations of fact in connection with the issuance of the alleged policy.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, to the extent that Plaintiff seeks coverage for injury or damage excluded from coverage by an exclusion contained in or incorporated into the alleged policy, including but not limited to any exclusion for liability arising from abuse or molestation.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, to the extent that Plaintiff seeks coverage or contribution for any settlement, costs, charges, fees, or expenses that are unreasonable.

**TWENTY-SIX AFFIRMATIVE DEFENSE**

Any potential obligation to provide coverage under the alleged policy is subject to the applicable per occurrence and aggregate limits of the alleged policy and the terms of any applicable deductibles/retentions, non-cumulation or prior insurance provisions in the alleged policy, and a proper allocation of liability among all applicable insurance policies and the insureds with respect to any self-insured, uninsured, or insolvent periods.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

The Complaint does not describe the facts giving rise to this lawsuit with sufficient particularity to permit U.S. Fire to ascertain what other defenses (including defenses based on terms, conditions or exclusions of the alleged policy) may exist. U.S. Fire therefore reserves the right to assert any and all additional defenses which may pertain to U.S. Fire.

**PRAYER FOR RELIEF**

**WHEREFORE**, U.S. Fire requests that this Court enter judgment as follows:

1) Dismissing the claims against U.S. Fire in the Complaint with prejudice;
2) Declaring that U.S. Fire has no obligation to defend or indemnify Plaintiff with respect to the Underlying Claims;
3) Awarding attorneys' fees and/or costs pursuant to law; and
4) Granting such other relief as this Court may deem just and equitable.

DATED: November 5, 2026

**KENNEDYS CMK LLP**
Travis Wall (SBN 191662)
Jillian G. Dennehy (*pro hac vice*)
455 Market Street
Suite 1900
San Francisco, California 94105
Tel: (415) 323-4460
Email: travis.wall@kennedyslaw.com
Jillian.dennehy@kennedyslaw.com

**IFRAH LAW PLLC**
George R. Calhoun (*pro hac vice forthcoming*)
1717 Pennsylvania Avenue, N.W. Suite 650
Washington, D.C. 20006
Tel: (202) 524-4147
Email: george@ifrahlaw.com

*Attorneys for Defendant United States Fire Insurance Company*